1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

REC ROOM, INC.,

11                    Plaintiff,

12          v.

13    M.Z,

14                    Defendants.

15

Case No.

COMPLAINT FOR BREACH OF
CONTRACT, FRAUD, COPYRIGHT
INFRINGEMENT AND OTHER CLAIMS

**DEMAND FOR JURY TRIAL**

16          Plaintiff Rec Room, Inc. ("RRI") as and for its complaint against Defendant, respectfully

17    alleges as follows:

18                                    **INTRODUCTION**

19          1.      RRI's eponymous game ("Rec Room") is a place where people from around the

20    world come together in a virtual space to chat, hang out, build things, create new online

21    "Rooms," and explore the Rooms RRI and its users create.[1]

22
23
24

25    _____

[1] Each "Room" is a game within Rec Room.  For example, RRI built "rooms" that are multiplayer quests, player-
versus-player paintball or laser tag, dodgeball, disc golf, and even a racing game. RRI also designs and provides
26    users with tools to build those rooms, allowing users to create whatever they can imagine.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 1
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

2.      Rec Room is more than a game - it is an extensive community of players, creators, and developers.

3.      Over Rec Room's seven-year history, that community has developed into a fun and welcoming place for people from around the world, playing on devices ranging from iPhones to state-of-the-art virtual reality sets, united in their shared love of the game and its community. Rec Room is what it is because of its players and creators.

4.      As a rule, successful multiplayer games attract bad actors who seek to harass others and disrupt their experience, often by cheating and creating Hacks.[2]

5.      Rec Room is no exception, and RRI employs a broad range of tools to deter, detect, and remove such actors.

6.      Once identified, RRI moderators suspend and ban bad actors, and RRI's security staff uses a range of tools to detect and thwart their efforts to return to the game.

7.      These measures typically deter bad actors and help remove them from the Rec Room community. But, despite RRI's best efforts, they have not deterred M.Z.

8.      M.Z. is a minor who has been repeatedly banned from Rec Room.

9.      M.Z. has been banned for posting racist content, bullying and harassing other players, and refusing to abide by the community standards, all at excessive levels.

---

[2] "Hacking" is used, in the context of this Complaint, to describe the creation and use of unauthorized software that carries out functions such as interfering with or preventing the proper functioning of Rec Room, typically in an effort to gain an unearned advantage in playing the game, to do things in the game that the game software is designed and intended to prevent, or to harm other users. The term "Hacks" is used in this Complaint to describe such software.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 2
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

10.     M.Z. has also been banned because he creates, uses, and sells illicit software that allows its users, including both M.Z. and his customers, to cheat and hack the game in violation of Rec Room's rules and standards.

11.     M.Z., in other words, profits by encouraging others to engage in conduct harmful to Rec Room's brand, online presence, the game space, and the community that supports it, which in turn creates demand for the tools that he sells to facilitate this misconduct.

12.     RRI has invested a great deal of time, effort, and money in trying to stop M.Z. RRI has banned M.Z.'s accounts, but M.Z. uses unlawful software tools, including some he has developed and sold, to circumvent the technical measures that keep banned players from using new accounts to access the game.

13.     These measures generally dissuade even the most dedicated cheaters, hackers, and ban evaders, but M.Z. remains focused on causing harm to Rec Room and its community.  This forced RRI to identify M.Z., engage outside counsel, and reach out to his parents through a cease-and-desist letter, seeking an amicable resolution that would stop M.Z.'s misconduct and the in- and out-of-game harms his actions have caused to RRI and the Rec Room community.

14.     Nor can there be any doubt that RRI accurately identified M.Z.; after he received the cease and desist letter, M.Z. posted a copy online for his friends to admire. But he knowingly and willfully refused to comply. Instead, he took steps to conceal his continued unlawful activities by moving his illegitimate commercial hack-selling operation to different online channels.

15.     Because M.Z. is a teenager, RRI involved his parents, imploring them to properly supervise their son as the law requires them to do. They refused. RRI therefore brings this action

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 3
(Case No. _____)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

against M.Z. to stop his damaging activities and recover compensation for the damage he has caused.

**PARTIES**

16.     Plaintiff Rec Room, Inc. is a Delaware corporation with its primary place of business at 300 Elliott Ave W Suite 450, Seattle, Washington.

17.     Defendant M.Z. is a minor, believed to be approximately 16 years of age. M.Z. is a Canadian national, residing in Langley, British Columbia, Canada.

**JURISDICTION AND VENUE**

18.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff asserts claims under federal law, for violations of the Digital Millennium Copyright Act, and supplemental jurisdiction over RRI's state law claims under 28 U.S.C. § 1367(a).

19.     This Court has personal jurisdiction over M.Z. because M.Z. consented to the jurisdiction of the state and federal courts located in Seattle, Washington when he accepted the Rec Room Terms of Service, which provide, with respect to disputes involving anticircumvention claims, that such disputes "shall be subject to the exclusive jurisdiction of…the state and federal courts located in Seattle, Washington."

20.     The Rec Room Terms of Service also includes M.Z.'s consent to venue in Seattle, Washington.

21.     Additionally, this court has personal jurisdiction over M.Z. pursuant to RCW 4.28.185(1), the Washington Long-Arm Statute, because M.Z. committed tortious acts that caused RRI injury in the State of Washington.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 4
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

22.     Venue is proper under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claims occurred in this judicial district and harmed RRI in this judicial district.

23.     In the alternative, venue is proper under 28 U.S.C. § 1391(b)(3), in that Defendants are foreign individuals residing in Canada and therefore do not reside in a district within any state, and, as such, if venue is not proper under 28 U.S.C. § 1391(b)(2), there is no judicial district in which venue would otherwise be proper under Section 1391(b).

<strong>BACKGROUND</strong>

**I.     THE REC ROOM GAME AND COMMUNITY**

24.     Rec Room is not a traditional video game in which users play a game developed exclusively by the developer.

25.     RRI does not maintain exclusive control over the game's content.

26.     RRI builds and maintains some of the game's Rooms, but not all of them.

27.     RRI provides the core areas of the game, like each player's individual "Dorm Room" (a private Room where the player can relax, and that is accessible to others only if the player invites them) and the "Rec Center" that serves as a central hub for various game functions, as a scaffolding for player-created Rooms.

28.     RRI also regularly creates and releases new content as "Rec Room Originals": developer-produced rooms in which players can play games or interact with each other, both as complete experiences in themselves and as examples players can model when creating their own Rooms.

29.     But most of the game's Rooms are created by Rec Room's players, not RRI's developers.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 5
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

30.     RRI provides the tools that players use to create their own Rooms.

31.     And RRI continues, as it develops Rec Room Originals, to create new Room-building tools not only for the use of its own developers, but for the players.

32.     In essence, RRI democratizes the construction of the game. Players can use the same tools the developers use to apply their imaginations and create new and exciting experiences for other players.

33.     Rec Room's players use the tools RRI provides to create everything from social gathering spaces to fast-paced, competitive player-versus-player video games – all hosted within the framework provided by Rec Room.

34.     And players can choose what Rooms they play, picking from a menu that is continuously developed and refined by both RRI and the players themselves.

35.     This provides the characteristic welcoming "look and feel" that is key to Rec Room's popularity and success.

## II.     THE REC ROOM FREE-TO-PLAY MODEL

36.     Rec Room is a free-to-play game. Unlike the traditional video game business model, where a player pays the developer to buy a copy of the game (or a license to play it), players do not need to pay RRI to play Rec Room.

37.     Players can download Rec Room for free, and can access and enjoy nearly all of the game's content for free.

38.     However, access to some game content is gated, and requires players to spend "Tokens" to enter.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 6
(Case No. _____)

4890-4257-3702.2

39.     Tokens function as the game's in-game currency, and are licensed to players for in-game use.

40.     Players can purchase Tokens directly from RRI.

41.     Players can also earn Tokens by participating in in-game activities.

42.     Players who develop content – "Creators" – can make their original creations available for use by other players in exchange for Tokens.

43.     When they do, Creators receive a percentage of those Tokens as payment.

44.     This allows players to earn tokens by developing original content.

45.     Whether purchased or earned, Tokens can be used for many in-game purposes.

46.     Tokens can be used to buy cosmetic enhancements for players' characters and Dorm Rooms, or to purchase "inventions" (game components created by other users).

47.     Tokens can also be exchanged for "room keys" that unlock new in-game content, or used to acquire "room currencies" that can be spent in a given Room for content specific to that Room.

48.     After meeting certain eligibility requirements Creators can also redeem the Tokens they earn for cash.

49.     Thus, Tokens have a two-way value. They may be purchased for real-world money, and Creators can convert their Tokens to real-world money, making playing Rec Room and developing Rec Room content a source of income.

50.     In other words, not only do players not have to pay to participate in the Rec Room community, but they can be rewarded in game by other players who appreciate the things that they create and can translate those rewards to real-world earnings.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 7
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

51.     These features are important to the Rec Room experience, and provide the game with its unifying framework.

52.     This free-to-play business model is successful for RRI, which has developed and supports a vibrant community of Rec Room developers and gamers.

53.     It is also successful for the members of the Rec Room community who create content that the community values and appreciates.

54.     Rec Room's carefully balanced ecosystem encourages members of the community to feel a sense of "stake" in the game and community.

55.     This is critical to RRI's bottom line, because the free-to-play business model only succeeds if people want to play, and keep playing, Rec Room.

## III.     RRI'S EFFORTS TO MAINTAIN A SAFE AND WELCOMING ENVIRONMENT FOR ALL PLAYERS

56.     Maintaining a safe, welcoming environment for its entire community of players, creators, and developers is one of RRI's top priorities.

57.     From concept through design to implementation, RRI invests significant effort to make content safe, welcoming, and enjoyable to a wide audience.

58.     When honest players are bullied, when hackers disrupt and destroy the online spaces the Rec Room community has worked so hard to create, the Rec Room community and RRI are harmed.

59.     These activities make the game harder and less fun to play, and damage the enjoyment, trust, and overall experience of the Rec Room community that RRI strives constantly to create and maintain.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 8
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

60.     It also damages RRI, because people play games that are fun, not games that are overrun by bullies and hackers.

61.     When fewer people play Rec Room, fewer people purchase Tokens, and RRI is financially harmed.

62.     To ensure that the Rec Room community and RRI itself are not harmed in this way, RRI takes many steps to ensure that bad actors in the community do not ruin the game for everyone else.

63.     RRI employs moderators who monitor the game and impose consequences on players who do not follow the rules.

64.     RRI uses technological protection measures in the form of both internally-developed and third-party software to prevent and detect hacking, other exploits, and violations of Rec Room's Code of Conduct and Terms of Service ("TOS").

65.     RRI also employs operational security personnel who identify the sources of hack software and develop countermeasures against it.

**A.      The Rec Room Code of Conduct and Terms of Service Help Create and Maintain a Safe and Welcoming Environment for Players.**

66.     To ensure that Rec Room remains a welcoming place for all players, RRI maintains both a Code of Conduct and TOS for Rec Room.

67.     The Code of Conduct is simple and easy to understand, and Rec Room displays it in every player's "Dorm Room," as part of Rec Room orientation, and in almost every room throughout the game.

68.     The Code of Conduct requires, in full:

- Be excellent to each other

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 9
(Case No. _____)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

- Players under 13 must use a junior account

- No sexually explicit behavior in public areas

- No sexist, racist, discriminatory, or harassing language, symbols, or behavior

- No harassing other players or disruptive trolling

69.     The TOS is a binding agreement between RRI and players.

70.     The TOS is linked from every player's Dorm Room.

71.     All players must agree to the TOS when they download or install the game on any device.

72.     The TOS is expressly conditioned on compliance with the Code of Conduct.

73.     The TOS also expressly conditions the license to play Rec Room on the player's agreement, among other things, not to:

- engage in conduct that "harasses, threatens or embarrasses others, or promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group."

- cheat, including by: (1) using exploits of in-game bugs to give the player or others users an advantage over players not making use of the bugs, and (2) circumventing any of the methods RRI uses to enforce the TOS.

- do anything to "[a]void, bypass, remove, deactivate, impair, descramble or otherwise circumvent any technological measure implemented by Rec Room Inc or any of Rec Room Inc's providers or any other third party (including another user) to protect the Services or Content."

- "Create, develop, modify, distribute, or use any unauthorized software programs to gain any advantage or alter the intended operation of the Services."

- "Use the Services or Content, or any portion thereof, for any commercial purpose."

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

**B.      Rec Room's Moderation Teams Work Tirelessly to Keep the Game Safe and Welcoming.**

74.      Rec Room's employs staff to moderate the game.

75.      The moderation team uses automatic and manual moderation and artificial intelligence tools to proactively detect players who are engaged in Code of Conduct and TOS violations.

76.      Players may also report misconduct to the moderation team, which then investigates the reports and determines if the Code of Conduct or TOS have been violated.

77.      When players are caught violating the TOS, the moderation team can impose sanctions.

78.      These sanctions can include in-game actions like muting or a time-out, warnings, suspensions, or, in extreme cases, a permanent ban.

79.      Sanctions are normally imposed progressively, meaning that a wrongdoer has the opportunity to improve their conduct before it reaches a point where a permanent ban is imposed.

80.      And moderators also have the ability to reverse, or forgive, sanctions.

81.      Rec Room's moderation is not, in other words, designed to rule the game with an iron hand, but instead to encourage player growth while maintaining a safe and welcoming environment for players.

**C.      Rec Room's Technological Protection Measures Protect the Game From Unauthorized Access and Misuse.**

82.      In addition to its moderation teams, RRI also employs a broad range of technological protection measures that effectively control access to Rec Room and protect RRI's exclusive rights in the game.

83.      Collectively, these measures create a defense in depth protecting the game.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 11
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1    84.    To play Rec Room, each player must create an account.

2    85.    Each time a player logs in to play Rec Room, the game checks to ensure that the

3   account is permitted to play. If the account has been suspended or banned, the player is not

4   permitted to go anywhere in Rec Room other than their Dorm Room; bans can also include an

5   account lock, which prohibits the player from logging in.

6

7    86.    Rec Room also checks the Hardware ID ("HWID") of the device against a list of

8   banned accounts to ensure that a user has not attempted to create a new account to evade a ban.[3]

9    87.    Rec Room uses a system of room permissions and roles that limit what players

10  can do in each room.

11   88.    For example, these permissions determine whether a player's character can fly

12  within the room, and the speed at which the character walks.

13

14   89.    These permissions and roles also determine whether the player can use tools like

15  the Maker Pen to modify the room and its virtual contents.[4]

16   90.    The game does not permit characters to act in ways that are not allowed by the

17  permissions and roles.

18   91.    RRI uses server validation checks to check for overriding malicious code.

19   92.    These measures check to make sure that server certificates are genuine and block

20  non-HTTPS traffic from accessing the server.

21

22

23

24  _____

[3] HWID is a unique identifier based on the device's component parts and/or other device identifiers, associated with
25  the device the player uses to access Rec Room.

26  [4] Maker Pen is the game's in-game creation tool.  When used as intended, it allows creators to create objects,
    interactions, gameplay mechanics, and much more inside of a player's created room.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 12
(Case No. _____)

4890-4257-3702.2

93.     RRI has developed and implemented internal hack detection software, which is used to identify and ban hacking players.

94.     RRI also licenses hack detection software from other companies, which is also used to identify and ban hackers.

95.     RRI monitors and moderates Rec Room constantly with automatic and manual intervention to identify and take action against Code of Conduct and TOS violations by warning, muting, or banning players in ever-increasing time increments based on severity or repetition of the violation(s).

96.     RRI uses third party software to monitor for security issues, create event dashboards, and alert for detected security issues based on observed metrics.

97.     RRI invests a great deal of time and resources in its security measures, including its anti-hacking efforts, and employs security specialists to maintain and further develop these measures.

98.     RRI routinely updates its software, including the game client, to make it harder for hackers to attack Rec Room and its players.

99.     This process is inherently reactive, and RRI must maintain constant vigilance to stay ahead of the efforts of hackers, hack creators, and hack sellers like M.Z.

**IV.    M.Z. AND HIS YEARS OF REC ROOM MISCONDUCT**

100.    On information and belief, M.Z. has been a Rec Room player since 2017.

101.    He primarily used the handle "Neptune" online.

102.    He has also used other usernames, including, on information and belief, "Jesse," "Sophie," "snow," "waffles," "Jmpyyn," and variations on those names.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 13
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

103.     From the beginning of M.Z.'s time as a Rec Room player, he has been a largely toxic player whose regular violations of Rec Room's Code of Conduct resulted in escalating consequences.

104.     M.Z.  was temporarily banned from Rec Room on several occasions in 2018 and 2019, and was permanently banned in 2019, as a consequence of his use and sale of hacks, racist in-game conduct, abuse of other players, and abuse of Rec Room's volunteer moderators.

105.     M.Z. did not, even after being banned, stop his hacking, harassment, or racist conduct.

106.     Instead, M.Z. continued to escalate in toxicity, growing into his hacking role.

107.     Despite having been banned from Rec Room, M.Z. created and sold software tools to circumvent Rec Room's technological protection measures and evade bans.

108.     M.Z. created additional in-game hacks after being banned from Rec Room.

109.     And M.Z. created, and on information and belief continues to create, multiple accounts to evade bans.

110.     All of these actions are in violation of the TOS.

**A.     M.Z. Makes and Sells Hack Software.**

111.     M.Z.'s direct harassment, hacking, and hacking are only one part of his efforts to harm Rec Room and RRI.

112.     M.Z. does not merely do these things for his own twisted amusement.

113.     He uses his harassment and hacking to advertise for, and support, his unlawful enterprises.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 14
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

114.    As part of a broad effort to commercialize his hacking and hacking, M.Z. encourages others to engage in misconduct, and provides them – for a price – with tools that facilitate their unlawful actions.

115.    M.Z. maintained a Discord server, known as "Ape Shop," that he used to advertise his services as a maker of hack software, and to sell the software (the "Hacks") at prices of up to $199.99 USD for "lifetime support."

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 15
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



25   116.   The Hacks include a broad suite of hacks for the Rec Room game, including

26   HWID spoofing software, designed to circumvent Rec Room's technological protection

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 16
(Case No. _____ )

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1  measures.

2  117.    Each piece of malicious software that M.Z. sells serves a different function and

3  allows for different kinds of hacking or different methods of ban evasion.

4

5  118.    M.Z. advertised his services on Discord, and via word of mouth spread by other

6  hackers.

7  119.    M.Z. also included links to his Discord channel in his in-game hacks.

8  120.    M.Z. accepted payment via PayPal, CashApp, Visa Gift Cards, Steam Gift Cards,

9  and DoorDash Gift Cards.

10  121.    One of M.Z.'s hacks was a "Modded RRO Lobby" that allows the hacker to use

11  "any weapon in any quest," radically altering the game experience for the hacker and allowing

12  them to progress more easily through, and earn more rewards (including Tokens) at Rec Room's

13  expense.

14

15  122.    M.Z. sold the Modded RRO Lobby for $4.99.

16  123.    Because the quests are multiplayer experiences, M.Z.'s Modded RRO Lobby

17  negatively impacted the gameplay of honest players.

18  124.    The Hacks also include features that allow cheaters to copy rooms (sale price

19  $19.99-$59.99) and inventions (sale price $9.99-$19.99) created by other players, in effect

20  stealing the hard work and creativity of others in violation of the creator's copyrights and the Rec

21  Room Code of Conduct and TOS, and allowing the cheater to then monetize the room or

22  invention themselves and deprive the original creator of Token earnings.

23

24  125.    The Hacks also allow players to change their statistics in rooms created by other

25  players, making the player appear more successful in these games than they had been.

26

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 17
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

126.   This hack allows the player to increase in-room currency and obtain content without paying.

127.   As a result, the hack allows players to steal from both the creator of the room and RRI.

128.   M.Z. offers his hack software and services to players on several different platforms, including mobile devices such as phones and tablets and personal computers.

129.   M.Z. offers a "Neptunium Mobile Mod" that consists of a modified version of Rec Room's client software for mobile platforms, enabling various hacks and cheats.

130.   M.Z sells the "Neptunium Mobile Mod" $59.99-$199.99.

131.   M.Z. offers an "Elysium Client" that consists of a modified version of Rec Room's client software for personal computers, enabling various hacks and cheats.

132.   M.Z. sells the "Elysium Client" for $249.99.

133.   On information and belief, these are not the only Rec Room hacks that M.Z. has made or sold.

134.   On information and belief, M.Z. also offers software and a service that alters the HWID of a computer, enabling hackers to evade bans.

135.   On information and belief, M.Z. sells this software and service for $5/week or $20 for a lifetime subscription.

136.   On information and belief, M.Z. himself used this to alter his own HWID.

137.   On information and belief, M.Z. altered his HWID to evade his own multiple bans from Rec Room.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 18
(Case No. _____)

4890-4257-3702.2

138.     M.Z. has also created at least 61 accounts – and possibly more than 200 – to evade Rec Room bans and enable him to continue his Code of Conduct and TOS-violating activities.

139.     M.Z.'s hacks damage the Rec Room community, because the enhanced permissions allow the users of the Hacks to repeatedly make Rec Room an unsafe, unwelcoming place to its members.

140.     M.Z.'s hacks damage the value of Rec Room to its players, allowing hackers to steal from the players who put in the hard work to create their own games within Rec Room.

141.     M.Z.'s hacks damage Rec Room directly because of lost Token purchases, time and other resources spent counteracting his hacks and re-issuing bans, procuring and updating third party anti-hack software, unauthorized alteration to Rec Room's copyrighted content and circumvention of Rec Room's protective technological measures, and finally, being forced to file this suit.

**B.     M.Z.'s Misconduct Escalates to Include Egregious Hacking, Harassment, and Bigoted, Discriminatory Misconduct.**

142.     In July 2022, M.Z. used the Hacks to circumvent the measures that allow Rec Room to ensure that its – and only its – authorized content appears in the Rec Center[5]

---

The Rec Center is the main gathering place outside of a player's Dorm Room, and is a high traffic area, often including children under 13.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 19
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

143.    As illustrated by the screenshot below, M.Z. used his illicit software in order to display a giant Nazi flag in the Rec Center.



144.    This hateful, horrifying display could not have been created without the use of the Hacks.

145.    Nor – it goes without saying – would Rec Room ever in any way condone such conduct.

146.    In fact, the flag was rapidly detected and removed by Rec Room staff.

147.    Nevertheless, in addition to the infringement of Rec Room's copyright through the creation of this unauthorized derivative, these actions demonstrate the lengths to which M.Z. will go in his attempts to harass others and dissuade them from playing Rec Room.

148.    Rec Room does not and will not tolerate such conduct.

149.    On information and belief, in May 2023, M.Z. used the Hacks to crash the game for other users, including Rec Room staff members.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 20
(Case No. _____)

4890-4257-3702.2

150.    Upon information and belief, M.Z. has used and continues to use compromised credentials – player accounts that are in effect stolen – to play Rec Room

151.    The use of such compromised accounts provide another means by which M.Z. circumvents the protection measures intended to keep him from playing the game.

152.    It also permits M.Z. to spend the victimized players' Tokens, delete the original content they have created, and get their accounts banned as a consequence of his violations of the TOS and Code of Conduct.

153.    And M.Z. has continued to use his software to repeatedly evade bans and hack, and has continued to engage in the sale of Hacks.

154.    Lesser actions having failed to rein in M.Z.'s misconduct, RRI engaged outside counsel and had M.Z.'s parents served with a cease-and-desist letter that informed them of M.Z.'s clear propensity for misconduct.

155.    M.Z.'s parents did not restrain M.Z.'s misconduct.

156.    M.Z. has continued his activities since receiving the cease and desist letter, and has even bragged about receiving it.

**C.    Rec Room Identifies M.Z. and Attempts – Unsuccessfully – to Get Him to Stop His Harmful Conduct.**

157.    RRI was able to identify M.Z. as the individual behind the Neptune account and many other accounts through a range of methods.

158.    Email addresses linked to these accounts identify M.Z. by name, and those email accounts also linked him to his accounts on other services including YouTube.

159.    Email addresses linked to these accounts also linked to an account that was used to make in-game purchases using M.Z.'s name and address.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 21
(Case No. _____)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

160.    The address associated with M.Z. was consistent with internet protocol addresses M.Z. used when he logged into Rec Room.

161.    All of the above have been corroborated by contextual evidence naming M.Z. in his Discord server.

162.    Once M.Z. was identified, undersigned counsel reached out to M.Z.'s parents in an effort to inform them of their child's misbehavior, and attempt to reach a resolution that would have M.Z. take responsibility for his actions and help repair the damage he has caused.

163.    Efforts were made to reach M.Z.'s parents through email and postal mail, and a cease-and-desist letter detailing M.Z.'s illicit activities and requesting redress was delivered to them by a process server.

164.    These additional efforts were above and beyond the efforts ordinarily required to bring in-game misconduct to a halt.

165.    Engaging in these additional efforts caused RRI to incur additional expenses.

166.    These additional efforts at resolving the problems created by M.Z.'s ongoing misconduct were unsuccessful.

167.    There has been no response of any kind from M.Z.'s parents, despite them being on notice of M.Z.'s unlawful actions.

168.    But this is not to say that the efforts had no effect at all.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 22
(Case No. _____)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1

169.     As shown below, shortly after M.Z.'s parents were contacted, M.Z. confirmed

2

that he had been correctly identified by posting the cease-and-desist letter from his "Neptune"

3

account and shut down his original Discord server. But he did not stop his misconduct.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26



COMPLAINT FOR BREACH OF CONTRACT, ETC. - 23
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1    170.    Instead, as shown in the screenshot below, M.Z. continues to distribute and sell
2
hacks on Telegram and Signal.
3



171.    Upon information and belief, M.Z. chose these messaging services under the
mistaken assumption they offered him better anonymity and privacy than Discord.

172.    Upon information and belief, as the screenshot below, which was taken on or
about July 21, 2023 demonstrates, M.Z. has recently resurrected the ApeShop Discord and
continues to use it for his illicit purposes.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 24
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20   173.   Other efforts having failed and seeing no signs that M.Z. will otherwise cease his

21   conduct, Rec Room has been forced to bring this action to stop M.Z.'s misconduct and hold him

22   accountable for the harm he has caused.

23
**FIRST CAUSE OF ACTION**
**(Breach of Contract)**
24

25   174.   RRI repeats and realleges the allegations of Paragraphs 1–173 of this Complaint

26   as though fully set forth herein.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 25
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

175.    The TOS are a valid, binding contract between RRI and each individual player of Rec Room.

176.    RRI has performed all its obligations under this contract.

177.    Rec Room cannot be installed unless each individual user agrees to Rec Room's TOS.

178.    On information and belief, M.Z. agreed to the terms of service each time he downloaded the software on a device.

179.    Rec Room's TOS provides that "Rec Room Inc may modify the Terms at any time, in our sole discretion. If we do so, we will let you know by updating this page, posting the modified Terms wherever the Game may be downloaded, and/or through other communications."

180.    On information and belief, M.Z. agreed to modifications to the TOS by continuing to play the game after the modifications were made and brought to his attention.

181.    Rec Room's TOS provides that "If you are an individual, you represent and warrant that you are at least eighteen years old or if not, your parents have reviewed these Terms and in addition to your agreement to these Terms, your parents hereby enter into them on their and your behalf."

182.    Rec Room's TOS is expressly conditioned on the player's agreement not to engage in conduct that "is cheating (i.e., unauthorized methods that influence Rec Room's gameplay, including exploits of any in-game bugs, that give you and/or any other user an advantage over other players not using such methods) or circumvents any of Rec Room Inc's

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 26
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

methods for enforcing these Terms (e.g. ban evasion, multiple account creation, using a VPN for circumvention purposes)."

183.    M.Z. breached this provision each time he used exploits or bugs causing RRI to suffer damages in an amount to be proven at trial.

184.    M.Z. breached this provision every time he evaded his ban from Rec Room.

185.    Rec Room's TOS is expressly conditioned on the player's agreement that they will not engage in conduct that "harasses, threatens or embarrasses others, or promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group."

186.    M.Z. breached this provision regularly, resulting in repeated bans.

187.    Rec Room's TOS is expressly conditioned on the player's agreement not to "Avoid, bypass, remove, deactivate, impair, descramble or otherwise circumvent any technological measure implemented by Rec Room Inc or any of Rec Room Inc's providers or any other third party (including another user) to protect the Services or Content."

188.    M.Z. breached this provision of the Rec Room TOS both when he evaded bans and when he developed the Hacks.

189.    Rec Room's TOS is expressly conditioned on the player's agreement not to "Create, develop, modify, distribute, or use any unauthorized software programs to gain any advantage or alter the intended operation of the Services."

190.    M.Z. breached this provision of the TOS when he created, developed, modified, and distributed the Hacks.

191.    These breaches of the TOS have damaged Rec Room in an amount to be proven at trial.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 27
(Case No. _____)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

192.     In addition, RRI is entitled to preliminary and permanent injunctive relief barring

M.Z. from continuing his breaching conduct and from continuing to harass Rec Room, its

employees, or its players.

**SECOND CAUSE OF ACTION**
**(Fraud in the Inducement)**

193.     RRI repeats and realleges the allegations of Paragraphs 1-192 of this Complaint as

though fully set forth herein.

194.     As set forth above, M.Z. entered into a contract with RRI each time he

downloaded the software on a new device.

195.     Upon information and belief, M.Z. was aware that the Code of Conduct and

Terms of Services banned cheating, harassment, and ban evasion.

196.     Upon information and belief, at the time he purported to indicate his agreement to

the TOS upon downloading the software, M.Z. intended to breach each and all of these

provisions of the TOS.

197.     By indicating his agreement to the TOS, M.Z. represented to RRI that he intended

to abide by the TOS.

198.     M.Z.'s agreement and intent to abide by the TOS was material to the contractual

relationship between M.Z. and RRI, and to RRI's willingness to allow M.Z. access to the Rec

Room software.

199.     Upon information and belief, M.Z.'s representation to Rec Room that he would

abide by the TOS's terms was intentionally false at the time it was made, and each time it was

made.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 28
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

200.    M.Z. was aware that RRI would not allow him access to Rec Room unless he indicated his agreement to the TOS.

201.    M.Z. intended that RRI would rely on his misrepresentation that he would abide by the TOS.

202.    RRI was justifiably ignorant to the falsity of M.Z.'s representation, as it lacked knowledge at the times that M.Z. indicated his agreement to the TOS that the anonymous account it was allowing access to Rec Room was M.Z.'s or that the person behind the account had any history of breaching the TOS or any present intent to breach the TOS.

203.    RRI relied on M.Z.'s intentional misrepresentations when he agreed to the TOS by allowing him access to Rec Room and its community.

204.    RRI has the right to rely on a user's purported acceptance of the TOS in allowing the user access to Rec Room.

205.    RRI's reliance on M.Z.'s misrepresentations damaged it in an amount to be proven at trial.

206.    In addition, RRI is entitled to preliminary and permanent injunctive relief barring M.Z. from creating any new Rec Room account, or using any existing account to play Rec Room.

### THIRD CAUSE OF ACTION
### (Copyright Infringement)

207.    RRI repeats and realleges the allegations of Paragraphs 1-206 of this Complaint as though fully set forth herein.

208.    RRI is the holder of multiple copyright registrations for Rec Room, including Registrations No. TX 9-283-968, TX 9-284-315, covering the Rec Room software, and

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 29
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

Registrations No. PA 2-419-735, PA 2-419-762, and PA 2-419-765, covering the initial release of Rec Room, the Rec Room dorm room, and the Rec Room Rec Center as audiovisual works.

209.    RRI is the sole owner and exclusive rightsholder for the material covered by these registrations.

210.    RRI is the owner of all copyrights in Rec Room, other than the copyrights in content created by users or partners, which RRI uses under license.

211.    M.Z. has infringed RRI's exclusive right to create and manage derivative works of Rec Room.

212.    Upon information and belief, M.Z.'s software only works within, and in conjunction with, RRI's copyrighted Rec Room code.

213.    M.Z.'s insertion of the Nazi flag in the Rec Center created an unauthorized derivative work of the Rec Center.

214.    M.Z.'s software also creates unauthorized derivative works of the Rec Room software, by modifying the game clients of the hacking users.

215.    Upon information and belief, M.Z.'s software works with memory injection, utilizing code designed to hook onto and hijack specific pieces of Rec Room's code covered by Registration No. TX 9-283-968.

216.    Upon information and belief, M.Z.'s software works by DLL injection, overriding core components of the Rec Room client software.

217.    Upon information and belief, M.Z.'s software creates unauthorized copies of the Rec Room servers and services.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 30
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

218.    Upon information and belief, M.Z.'s software generates an unauthorized version of the Maker Pen overlay in any room instance.

219.    Rec Room allows room creators to choose if participants and visitors are allowed to use the Maker Pen inside each given room.

220.    Rec Room forbids access to the Maker Pen in the rooms Rec Room creates, including the Rec Center.

221.    As such, M.Z.'s software allows a user access to a restricted feature in order to make unauthorized audiovisual modifications to Rec Room's and other creators' copyrighted content.

222.    M.Z. further infringed RRIs copyrights by playing Rec Room without a valid license.

223.    M.Z.'s misconduct violated express conditions of the Rec Room TOS, vitiating the license and rendering his use of the game unlicensed and infringing.

224.    Any licenses M.Z. purported to enter into with RRI after his account was banned were the result of M.Z.'s knowingly false representation that he would abide by the TOS.

225.    RRI entered into any such licenses in reliance on M.Z.'s knowing misrepresentations.

226.    RRI was fraudulently induced to enter into these licenses, and as a result they are void.

227.    M.Z.'s copyright infringement was knowing and willful.

228.    M.Z.'s copyright infringement was for commercial gain.

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

229.    These infringements of RRI's copyrights have caused RRI damage in an amount to be proven at trial.

230.    M.Z.'s repeated infringements of RRI's copyrights have caused, and are continuing to cause, RRI to suffer irreparable harm, and RRI is entitled to preliminary and permanent injunctive relief to halt these injuries.

**FOURTH CAUSE OF ACTION**
**(Circumvention of Technological Measures, 17 U.S.C. § 1201(a) & (b))**

231.    RRI repeats and realleges the allegations of Paragraphs 1-230 of this Complaint as though fully set forth herein.

232.    RRI is the owner and holder of all intellectual property rights and interests in its games, including copyrights, other than user-generated and/or third party partnership content.

233.    RRI protects its games with a "defense in depth" consisting of layers of technological protection measures.

234.    These measures include checks such as password-protected accounts and related measures to ensure that only authorized users access the games, but also a broad array of other technological measures that any hacker must breach before and after they log in for their hack to work.

235.    RRI developed extensive anti-hacking technological measures that it deployed precisely to curb the type of software M.Z. develops, markets, and uses.

236.    RRI also licenses additional technological protection measures, such as EPIC Games's 'Easy Anti-Cheat' that are put in place to detect hackers and prevent them from accessing Rec Room.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 32
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

237.    Consistent with its intention of limiting access to Rec Room to players who comply with the Terms of Service, RRI bans accounts of players it catches hacking, denying them further access to Rec Room.

238.    M.Z. manufactures, imports, offers to the public, provides, or otherwise traffics in hack software which includes functionality that has the sole purpose of breaching Rec Room's technological protection measures, accesses its functions without authorization, and impairs the integrity of Rec Room's software and system.

239.    M.Z. also manufactures, imports, offers to the public, provides, or otherwise traffics in hack software which includes functionality intended solely to alter the HWID of a person's computer and remove anti-cheat tracing information in order to allow banned players to create new Rec Room accounts and remain undetected by Rec Room's anti-hack mitigation technology.

240.    Circumventing RRI's anti-hack mitigation technology, which functions to control and limit access to Rec Room either directly or by identifying to RRI which accounts it must ban, is a primary function of Defendant's products.

241.    These features of M.Z.'s products have no commercially significant purpose beyond circumventing Plaintiff's anti-hack mitigation technology.

242.    If M.Z's hack software ceased being effective in circumventing Plaintiff's anti-hack mitigation technology, there would in turn cease to be a market for M.Z.'s hack software.

243.    M.Z. explicitly markets his products as designed to circumvent Plaintiff's anti-hack mitigation technology, which functions to control and limit access to their work.

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

244.    As alleged above, use of hack software is a breach of the Rec Room TOS and the conditions of the player's license to the Rec Room software, rendering any subsequent use of Rec Room unlicensed and infringing.

245.    M.Z. thus manufactures, imports, offers to the public, provides, and otherwise traffics in a technology, product, service, and device primarily designed to circumvent protection afforded by technological measures that effectively protect RRI's rights in Rec Room.

246.    M.Z.'s conduct has caused, and will continue to cause, irreparable harm to RRI by making Rec Room less fun and appealing to honest players, and by damaging the goodwill RRI has worked to create in their game.

247.    As such, RRI is entitled to injunctive relief, an order directing the destruction of Defendant's Rec Room hack software, an award of statutory damages in the maximum amount of $2,500 per instance of Defendant's Rec Room hack software that Defendant sold or licensed, Defendant's profits attributable to his violations of 17 U.S.C. § 1201 pursuant to 17 U.S.C. § 1203(c), and RRI's costs and attorneys' fees pursuant to 17 U.S.C. § 1203(b).

**FIFTH CAUSE OF ACTION**
**(Tortious Interference with Contractual Relations)**

248.    RRI repeats and realleges the allegations of Paragraphs 1-247 of this Complaint as though fully set forth herein.

249.    M.Z. was generally and specifically aware that any Rec Room user to whom he sold his Rec Room hack software was bound by the TOS.

250.    M.Z. was aware that any player who used his Rec Room hack software would thereby breach the TOS's prohibition on hacking or modifying Rec Room.

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 34
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

251.    M.Z. induced every player to whom he sold a hack subscription to breach the TOS each time such player used the hack software.

252.    M.Z. induced and caused such breaches by allowing Rec Room players access to his hack software and providing support for such hack software.

253.    Because M.Z.'s creation and distribution of the hack software was in violation of his own obligations to RRI under the TOS and was also a violation of federal prohibitions against trafficking in anticircumvention devices, he induced and/or caused the breaches by other Rec Room users through improper means.

254.    As a direct and proximate result of M.Z's actions, RRI suffered damage in an amount to be proven at trial, including but not limited to a loss of goodwill among users of Plaintiff's game, diversion of Plaintiff's resources to attempt to detect and prevent the use of the Hacks, and decreased profits.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), plaintiff demands a trial by jury as to all issues so triable in this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Rec Room, Inc., prays for the following relief:

A.    That judgment be entered in Plaintiff's favor against Defendant on all applicable claims;

B.    That M.Z. be preliminarily and permanently enjoined from:

(1)    Playing Rec Room, including by attempting to create any new accounts, or otherwise interacting with RRI, its employees, or Rec Room's software in any way.

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

(2)     Descrambling, decrypting, avoiding, bypassing, removing, deactivating, or impairing a technological measure that controls access to Rec Room's copyrighted works;

(3)     Manufacturing, importing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof that is primarily designed or produced for the purpose of circumventing Rec Room's technological protection measure(s) that effectively control access to a work; That has only limited commercially significant purpose or use other than to circumvent a technological protection measure that effectively controls access to a work; and/or that is marketed by Defendant for use in circumventing technological protection measure(s) that effectively control access to a work;

(4)     Manufacturing, importing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof that is primarily designed or produced for the purpose of circumventing protection afforded by technological measure(s) that effectively protects a right of RRI in a work or a portion thereof; that has only limited commercially significant purpose or use other than to circumvent protection afforded by technological protection measure(s) that effective protect a right of RRI in a work or a portion thereof; and/or that is marketed by Defendant for use in circumventing protection afforded by technological protection measure(s) that effective protect a right of RRI in a work or a portion thereof; and

(5)     Aiding or assisting another person or entity in any of the activities described in (1) - (3);

C.     An order requiring that Defendant immediately destroy all copies of Rec Room or any derivative work thereof in their possession or control;

D.     An order requiring that Defendant immediately destroy all copies of any hacks for Rec Room, including deleting any repositories hosted on third party websites;

E.     An order requiring Defendant to immediately and permanently disable all extant hacking software that relates to RRI, the Rec Room Game, or any of Rec Room's anti-hacking technological measures, including deleting any repositories hosted on third party websites;

F.     An order forbidding Defendant from developing, manufacturing, and/or selling any hacks for any ensuing releases of the Rec Room or any other RRI software;

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2

1

G.      An award to RRI of restitution and damages, including, but not limited to,

2

compensatory, statutory, punitive damages, and all other damages permitted by law;

3

H.      That RRI be awarded pre-judgement and post-judgment interest on all damages

4

awarded against Defendant;

5

6

I.      An award to RRI of its costs incurred in this suit as well as reasonable attorneys'

7

fees; and

8

J.      For such other relief as the Court deems just and proper.

9

10

DATED this 17th day October, 2023.

11

12

_Brian W. Esler_
Brian W. Esler, WSBA No. 22168

13

Lorien Giles, WSBA No. 58995
MILLER NASH LLP

14

605 5th Ave S, Ste 900
Seattle, WA 98104

15

Tel:  (206) 624-8300
Fax:  (206) 340-9599

16

Email: brian.esler@millernash.com
             Lorien.giles@millernash.com

17

Attorneys for Plaintiff Rec Room, Inc.

18

19

Akiva M. Cohen (seeking pro hac vice admittance)
Mike Dunford (seeking pro hac vice admittance)

20

Dylan M. Schmeyer (seeking pro hac vice admittance)

21

Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway, 16th Floor New York, NY 10019

22

719-930-5942
Email: acohen@kusklaw.com

23

          mdunford@kusklaw.com
          dschmeyer@kusklaw.com

24

25

Attorneys for Rec Room, Inc.

26

COMPLAINT FOR BREACH OF CONTRACT, ETC. - 37
(Case No. _____)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4890-4257-3702.2