UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z, <br><br> Defendants. | Case No. 2:23-cv-01586 <br><br> CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF REC ROOM, INC. |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Plaintiff Rec Room, Inc. states the following:

Rec Room, Inc. does not have a parent corporation, and no publicly owned entity owns 10% or more of Rec Room, Inc.'s shares.

/ / /

/ / /

/ / /

/ / /

/ / /

CORPORATE DISCLOSURE STATEMENT FOR
PLAINTIFF REC ROOM, INC. - 1
(Case No. 2:23-cv-01586)
4859-2871-8214.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1  DATED this 17th day October, 2023.

2

3
       *Brian W. Esler*
4
       Brian W. Esler, WSBA No. 22168
       Lorien Giles, WSBA No. 58995
5
       MILLER NASH LLP
       605 5th Ave S, Ste 900
6
       Seattle, WA 98104
       Tel:  (206) 624-8300
7
       Fax:  (206) 340-9599
       Email: brian.esler@millernash.com
8
              Lorien.giles@millernash.com
9
       Attorneys for Plaintiff Rec Room, Inc.

10
       Akiva M. Cohen (seeking pro hac vice admittance)
11
       Mike Dunford (seeking pro hac vice admittance)
       Dylan M. Schmeyer (seeking pro hac vice admittance)
12
       Kamerman, Uncyk, Soniker & Klein, P.C.
13
       1700 Broadway, 16th Floor New York, NY 10019
       719-930-5942
14
       Email: acohen@kusklaw.com
              mdunford@kusklaw.com
15
              dschmeyer@kusklaw.com

16
       Attorneys for Plaintiff Rec Room, Inc.

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE STATEMENT FOR
PLAINTIFF REC ROOM, INC. - 2
(Case No. 2:23-cv-01586)
4859-2871-8214.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104