UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC, <br>                 Plaintiff(s), <br>    v. <br> M.Z., <br>                 Defendant(s). | CASE NO. C23-1586-KKE <br><br> ORDER FOR PLAINTIFF TO SHOW CAUSE |

      This matter comes before the Court sua sponte. On October 17, 2023, Rec Room Inc. filed a complaint against M.Z., "a minor believed to be approximately 16 years of age," for breach of contract, fraud, copyright infringement, circumvention of technological measures, and tortious interference with contractual relations. Dkt. No. 1. By no later than April 19, 2024, the Court ORDERS Plaintiff to explain under what authority M.Z. has the capacity to be sued consistent with Federal Rule of Civil Procedure 17(b)(1) and whether the Court must appoint a guardian ad litem under Federal Rule of Civil Procedure 17(c)(2).

      The Court STAYS all other deadlines (Dkt. No 18) in this matter pending Plaintiff's response.

      Dated this 1st day of April, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER FOR PLAINTIFF TO SHOW CAUSE - 1