HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REC ROOM, INC.,

        Plaintiff,

   v.

M.Z,

        Defendants.

Case No. 2:23-cv-01586-KKE

ORDER GRANTING MOTION TO SEAL SUPPORTING TEWSON DECLARATION

**[PROPOSED]**

THIS MATTER comes before the Court on Plaintiff Rec Room, Inc.'s motion under LCR 5(g) for an order sealing Kathryn Tewson's declaration.

Good cause for sealing having been shown, it is now

ORDERED, ADJUDGED AND DECREED as follows:

Plaintiffs Rec Room's motion to seal Kathryn Tewson's declaration is hereby GRANTED.  The Tewson declaration [Dkt. No. ___] shall remain under seal until further order of this court.

ORDER GRANTING MOTION TO SEAL SUPPORTING
TEWSON DECLARATION - 1
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4873-0898-9624.1

1   DATED this _____ day _____, 2024.

2

3

4                                              _____
                                               HONORABLE KYMBERLY K. EVANSON
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO SEAL SUPPORTING
TEWSON DECLARATION - 2
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4873-0898-9624.1

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties and to the following:

**Defendant M.Z.**
c/o Olga Plotnikova
Email: oplotnikova@gmail.com

(Per Jan. 25, 2024 agreement to accept email service)

DATED this 19th day of April, 2024.

/s/ Kristin Martinez Clark
Kristin Martinez Clark

CERTIFICATE OF SERVICE - 1
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4873-0898-9624.1