UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC,<br><br>            Plaintiff,<br>   v.<br><br>M.Z.,<br><br>            Defendant. | CASE NO. C23-1586-KKE<br><br>ORDER DIRECTING DEFENDANT TO OBTAIN COUNSEL |

This matter comes before the Court sua sponte. On October 17, 2023, Plaintiff Rec Room Inc. filed this complaint against, M.Z., a minor domiciled in British Columbia. Dkt. No. 1. By emailing his answer to the Court, Olga Plotnikova, M.Z.'s mother, is deemed to be acting as M.Z.'s representative under Federal Rule of Civil Procedure 17(c).[1] *See* Dkt. No. 19 (Defendant's answer submitted by Ms. Plotnikova objecting to, *inter alia*, this Court's personal jurisdiction). The Ninth Circuit requires non-attorneys representing minors to obtain legal counsel. *Johns v. Cty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) ("[A] non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child.").

Accordingly, M.Z. has 30 days in which to obtain legal counsel to defend him in this action. By June 5, 2024, M.Z., through his representative, must file a status report with the Court

---

[1] To the extent Ms. Plotnikova does not agree to act as M.Z.'s representative, she must inform the Court of this decision immediately so that a guardian ad litem can be appointed.

ORDER DIRECTING DEFENDANT TO OBTAIN COUNSEL - 1

identifying defense counsel or, if unsuccessful in obtaining counsel, a status report detailing the efforts taken to obtain counsel.

The Clerk is instructed to mail a copy of this order to Defendant's last known address and email a copy to the email address oplotnikova@gmail.com.

Dated this 6th day of May, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge