May 25, 2024



```
_____ FILED
_____ LODGED      MAIL
_____ RECEIVED

MAY 30 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY
```

Re-Case 2:23-cv-01586-KKE

Re-Order directing defendant to obtain counsel

Your Honor,

My son, M. Z. is a Canadian citizen and lives in Canada. He is a minor, full-time high school student, unemployed teenager with no job, income or savings. He is being sued by Rec Room, a billon dollar company with significant resources and sophisticated lawyers. Most of Rec Room's allegations are false. They are only targeting him because they had access to his personal information, and he was an easy target to set a precedent.

We tried to find defense counsel in Washington to represent my son in this case, however, were unsuccessful. We contacted several law firms in Seattle:

Morgan, Lewis & Bockius LLP

McNaul Ebel Nawrot & Helgren PLLC

Ard Law Group

KCBA lawyer referral services

Jimmy Garg

None of these law firms agreed to work with us. One firm said they could help, but it would cost us $100,000 to proceed with the court. Another one requested $4000 non-refundable retainer before they could even review the information and further charges of $400 per hour. My son is a teenager and does not have any savings or income and cannot cover such fees. Our family cannot afford to hire and pay for defense lawyer in Seattle. As we live in Canada, we do not have access to any free/reduced fee legal help in Seattle.

Please file this under seal as this contains personal info about a minor.

Sincerely,

Olga Plotnikova

May 25, 2024

Re-Case 2:23-cv-01586-KKE

Motion to seal private information

Your Honor,

I have been helping my son to communicate with the court and Rec Room Lawyers. I ask that you please seal my personal information (name, email address and phone number – all released by Rec Room lawyers). I have been getting a lot of spam calls and messages since my personal contact information was released. I have received some threat messages as well. Since I am not directly involved in this case, I hope you can seal my personal information. I appreciate your understanding.

Please file this under seal.

Sincerely,

Olga Plotnikova

