UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z, <br><br> Defendants. | Case No. 2:23-cv-01586-KKE <br><br> NOTICE OF APPEARANCE |

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Nicholas Hesterberg of the law firm Miller Nash LLP enters his Notice of Appearance as counsel of record in the above-entitled action for plaintiff REC ROOM, INC., and requests that all further papers and pleadings, except original process, be served upon him at the address below stated.

//

//

//

//

//

//

NOTICE OF APPEARANCE - 1
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1   DATED this 10th day June, 2024.

2
　　　　　　　　　　　　　　　　　　*/s/ Nicholas Hesterberg*
3　　　　　　　　　　　　　　　　　　Nicholas Hesterberg, WSBA No. 41970
　　　　　　　　　　　　　　　　　　Brian W. Esler, WSBA No. 22168
4　　　　　　　　　　　　　　　　　　MILLER NASH LLP
　　　　　　　　　　　　　　　　　　605 5th Ave S, Ste 900
5　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　Tel:  (206) 624-8300
6　　　　　　　　　　　　　　　　　　Fax:  (206) 340-9599
　　　　　　　　　　　　　　　　　　Email:  brian.esler@millernash.com
7　　　　　　　　　　　　　　　　　　　　　　nick.hesterberg@millernash.com

8　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Rec Room, Inc.

9
　　　　　　　　　　　　　　　　　　Akiva M. Cohen
10　　　　　　　　　　　　　　　　　Mike Dunford
　　　　　　　　　　　　　　　　　　Dylan M. Schmeyer
11　　　　　　　　　　　　　　　　　Kamerman, Uncyk, Soniker & Klein, P.C.
　　　　　　　　　　　　　　　　　　1700 Broadway, 16th Floor New York, NY 10019
12　　　　　　　　　　　　　　　　　719-930-5942
　　　　　　　　　　　　　　　　　　Email: acohen@kusklaw.com
13　　　　　　　　　　　　　　　　　　　　　 mdunford@kusklaw.com
　　　　　　　　　　　　　　　　　　　　　　 dschmeyer@kusklaw.com
14
　　　　　　　　　　　　　　　　　　Attorneys for Rec Room, Inc.
15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties and to the following:

**Defendant M.Z.**
c/o Olga Plotnikova
Email: oplotnikova@gmail.com

(Per Jan. 25, 2024 agreement to accept email service)

DATED this 10th day of June, 2024.

                                             */s/ Catherine Berry*
                                             Catherine Berry

4865-6761-7478.1

Case 2:23-cv-01586-KKE   Document 31   Filed 06/10/24   Page 3 of 3

NOTICE OF APPEARANCE - 3
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104