UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z, <br><br> Defendants. | Case No. 2:23-cv-01586-KKE <br><br> NOTICE OF APPEARANCE |

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lane Conrad of the law firm Miller Nash LLP enters her Notice of Appearance as counsel of record in the above-entitled action for plaintiff REC ROOM, INC., and requests that all further papers and pleadings, except original process, be served upon her at the address below stated.

//

//

//

//

//

//

NOTICE OF APPEARANCE - 1
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

DATED this 10th day June, 2024.

*/s/ Brian W. Esler*
Brian W. Esler, WSBA No. 22168
*/s/ Lane Conrad*
Lane Conrad, WSBA No. 59287
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel:  (206) 624-8300
Fax:  (206) 340-9599
Email:  brian.esler@millernash.com
           lane.conrad@millernash.com

Attorneys for Plaintiff Rec Room, Inc.


Akiva M. Cohen
Mike Dunford
Dylan M. Schmeyer
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway, 16th Floor New York, NY 10019
719-930-5942
Email: acohen@kusklaw.com
           mdunford@kusklaw.com
           dschmeyer@kusklaw.com

Attorneys for Rec Room, Inc.

NOTICE OF APPEARANCE - 2
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties and to the following:

**Defendant M.Z.**
c/o Olga Plotnikova
Email: oplotnikova@gmail.com

(Per Jan. 25, 2024 agreement to accept email service)

DATED this 10th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Krista Stokes*
　　　　　　　　　　　　　　　　　　　　　　　Krista Stokes

4860-4509-8950.1

NOTICE OF APPEARANCE - 3
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104