UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC, <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | CASE NO. C23-1586-KKE <br><br> ORDER APPOINTING COUNSEL |

On June 3, 2024, the Court referred this case to the "Western District of Washington's Pro Bono Coordinator to identify an attorney(s) or law firm from the Pro Bono Panel to represent Defendant for all further proceedings, should he consent once Pro Bono counsel has contacted him." Dkt. No. 30. The Court now appoints the below attorneys to represent Defendant in this matter pursuant to the Amended Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order 07-23 (Sept. 8, 2023).

Denise Ashbaugh
Jeremy Roller
Jonah Harrison
Arete Law Group PLLC
1218 Third Ave, Ste 2100
Seattle, WA 98101
(206) 428-3250
dashbaugh@aretelaw.com
jroller@aretelaw.com
jharrison@aretelaw.com

ORDER APPOINTING COUNSEL - 1

Counsel are directed to file Notices of Appearance within **seven (7) calendar days**. If counsel is unable for a reason set forth in the Rules to assume this representation, they shall immediately file a motion for relief from appointment.

In the event Defendant prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source.

The Clerk is directed to send a copy of this Order to Defendant's last known address and to appointed counsel by email.

An order resetting the initial case deadlines will follow.

Dated this 26th day of July, 2024.

Kymberly K. Evanson
United States District Judge