UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REC ROOM, INC.,

Plaintiff,

v.

M.Z,

Defendants.

Case No. 2:23-cv-01586-KKE

PLAINTIFF REC ROOM, INC.'S COMBINED JOINT STATUS REPORT AND DISCOVERY

## 1. The Nature and Complexity of the Case

This is a case involving parties in Washington and Canada, with a relatively small collection of copyrights and contracts at issue. Expert testimony will need to be taken on the technological particulars of the claims, and documents will need to be produced. Third-party discovery will also need to be taken, and party communications will need to be disclosed.

### a. Rec Room's Statement

Rec Room is a successful multiplayer game that Defendant M.Z. has targeted with cheating and hacks. Rec Room has attempted to ban M.Z to prevent his actions from disrupting the user experience and to prevent him from harassing Rec Room personnel, but M.Z. has repeatedly evaded these bans and other lawful measures designed to prevent his activities. He

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

doesn't simply develop hacks, he sells and otherwise proliferates them to other users, extending their reach and amplifying the damage they cause. The defendant profits from his direct attack on the game and resists all lawful effort to prevent him from doing so. Rec Room was forced to resort to this action.

Rec Room brought claims for breach of contract, fraud in the inducement, copyright infringement, circumvention of technological measures, and tortious interference. M.Z.'s ban evasion, harassment, cheating, and hack sales constitute a violation of the terms of service ("ToS"), which he agreed to when he initially downloaded and played Rec Room, and which he would have had to agree to each time he evaded a ban to do so again. Every time M.Z. agreed to the Rec Room ToS, he intended to breach it and intended for his misrepresentation of assent to trigger Rec Room to allow him into the game, fraudulently inducing Rec Room to allow him to use its services. The use and sale of the hacks the M.Z. develops represent a willful infringement of Rec Room's copyrights. Each of M.Z.'s repeated ban evasions are circumventions of Rec Rooms technological measures, and his sale of hacks that breach the Terms of Service represent tortious interference with Rec Room's contractual relations with the users to whom M.Z. is supplying hacks.

**b. <u>Defendant's Statement</u>**

Consistent with the Court rules, Defendant agrees with the statement regarding the nature and complexity of the case. Defendant denies Plaintiff's allegations and claims in the matter and denies Plaintiff's claim of alleged damages.



MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

**2. Alternative Dispute Resolution**

The parties will discuss potential early resolution to this case. The parties do not wish, at this time, to submit these matters to mediation pursuant to Local CR 39.1.

**3. Timing of Alternative Dispute Resolution**

The parties do not believe formal alternative dispute resolution will be productive at this time. The parties will engage in alternative dispute resolution as required by the Court rules.

4. **Related Cases**

Neither Plaintiff nor Defendant is aware of any related cases pending before this Court or in any other jurisdiction.

5. **Proposed Deadline for Joining Additional Parties**

Plaintiff's proposed deadline for joining additional parties is April 15, 2025. Defendant's proposed deadline for joining additional parties January 6, 2025.

6. **Proposed Discovery Plan**

**a. Fed. R. Civ. P. 26(f) Conference**

The Fed. R. Civ. P. 26(f) conference was held via phone call on August 16, 2024. Plaintiff and Defendant were both represented by counsel. Pursuant to the Court's order, Plaintiff's and Defendant's initial disclosures were exchanged on September 3rd. This Joint Status Report and Discovery Plan pursuant to Fed. R. Civ. P. 26(f) will have been filed by September 9th.

**b. Discovery to be Conducted**

Plaintiff intends to serve discovery requests regarding, but not necessarily limited to: Defendant's Discord communications; Defendant's communications, draft communications,

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

statements, and draft statements regarding his use, development, and sale of hacking software; Defendant's source code for his software; Defendant's communications regarding any individuals he's worked with the to evade bans and/or traffic in cheats.

Defendant intends to conduct discovery into Plaintiff's investigation into the alleged acts of Defendant; Plaintiff's non-privileged communications regarding the allegations of the Complaint; Plaintiff's support for the allegations in the Complaint; Plaintiff's allegations regarding Terms of Service or other contractual provisions; Plaintiff's development and enforcement of its policies and procedures relating to the game; Plaintiff's development and sufficiency of protections for its games; Plaintiff's communications and/or documentation regarding Defendant; all communications regarding any alleged concerns and/or complaints about the Defendant or Defendant's activities; and all documentation and/or support for Plaintiff's alleged damages.

**c. Limitations on Discovery**

The parties agree that no changes or additions should be made to the limitations to discovery imposed under the Federal Rules of Civil Procedure and the Local Civil Rules.

**d. Management of Discovery**

The parties agree that the Federal Rules of Civil Procedure and the Local Civil Rules shall be used to manage discovery to minimize expenses. The parties agree to share discovery from third parties and will present discovery disputes to the Court by informal means when applicable and allowed by the Court.

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

**e. Other Orders to Be Entered by the Court**

The parties agree that, at the time of the Joint Status Report and the Standard Protective Order, no other orders should be entered by the Court pursuant to Fed. R. Civ. P. 26(c) or Local Rules CR 16(b) and (c). The parties will submit a proposed Protective Order for the Court's consideration.

7. **Date of Completion of Discovery**

The parties agree that all fact discovery matters in this case will be completed by May 15, 2025, that any expert discovery will be completed by July 15, 2025, and that dispositive motions, if any, will be filed by August 15, 2025.

Plaintiff proposes the following deadlines:

- Service of initial document requests and interrogatories: November 15, 2024
- Completion of document production: March 15, 2025
- Time to amend or add additional parties: April 15, 2025
- Identification of affirmative experts: June 15, 2025
- Identification of rebuttal experts: July 1, 2025
- Affirmative expert reports: August 15, 2025
- Rebuttal expert reports: September 15, 2025

Defendant proposes the parties follow the Court rules and issued Order on scheduling.

8. **Preservation of Discoverable Information.**

The parties agree to maintain and not destroy any discoverable information that may be related to this matter, including social media postings. The parties do not know of any issues relating to the preservation of discoverable information.

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

9. **Inadvertent Production of Privileged Information**

The parties agree to not read anything believed to be an inadvertent disclosure and to notify one another if they believe an inadvertent disclosure has occurred as soon as practicable as well as delete or destroy such purported privileged materials.

10. **Electronically Stored Information**

The Parties agree to adopt this district's model agreement regarding discovery of ESI to the extent possible for a minor party.

11. **Consent to Magistrate Judge to Conduct All Proceedings**

The Parties have not consented to a Magistrate Judge to conduct all proceedings.

12. **Bifurcation**

The Parties agree that the liability issues and damages issues in this case should not be bifurcated.

13. **Pretrial Statements and Pretrial Orders**

The parties agree that the pretrial statements and a pretrial order pursuant to Local Rules CR 16(e), (h), (i), and (l), and 16.1 should be required in whole and not dispensed.

14. **Suggestions for Shortening and/or Simplifying the Case**

The parties do not have further suggestions for shortening or simplifying this case.

15. **Date for Trial**

The parties agree that this matter will be ready for trial the week of October 13, 2025.

16. **Jury or Non-Jury Trial**

Plaintiff contends that any jury trial should be limited to a jury's determination of Defendant's liability for damages, civil penalties, *see Tull v. U.S.*, 481 U.S. 412 (1987), and the

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

amount of civil penalties. Determinations regarding liability for and the nature of injunctive relief are reserved to the Court.

Defendant acknowledges Plaintiff's demand for jury trial.

17. **Numbers of Days For Trial**

Pending discovery, the parties believe that this matter should be able to be tried within 7 court days.

18. **Names, Addresses, Email Addresses, and Telephone Numbers of All Trial Counsel**

FOR PLAINTIFF:

Akiva M. Cohen
(*pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.
1700 Broadway
New York, NY 10019
Telephone: (212) 400-4930
Email: acohen@kusklaw.com

Dylan M. Schmeyer, Colorado Bar No. 50573
(*pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.
750 W. 148th Ave, #4216
Westminster, CO 80023
Telephone: (719) 930-5942
Email: dschmeyer@kusklaw.com

Brian W. Esler, WSBA No. 22168
Lane Conrad, WSBA No. 59287
Nicholas Hesterberg, WSBA No. 41970
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel:  (206) 624-8300
Fax:  (206) 340-9599
Email: brian.esler@millernash.com
          lane.conrad@millernash.com
          nick.hesterberg@millernash.com

PLAINTIFF REC ROOM, INC.'S COMBINED JOINT
STATUS REPORT AND DISCOVERY - 7
(Case No. 2:23-cv-01586-KKE)
4866-2184-4963.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

FOR DEFENDANT:

Denise L. Ashbaugh
Jonah O. Harrison
Jeremy E. Roller
ARETE LAW GROUP, PLLC
600 University Street, #2420
Seattle, WA 98101
Telephone: (206) 428.3250
Email: dashbaugh@aretelaw.com
jharrison@aretelaw.com
jroller@aretelaw.com

PLAINTIFF REC ROOM, INC.'S COMBINED JOINT STATUS REPORT AND DISCOVERY - 8
(Case No. 2:23-cv-01586-KKE)
4866-2184-4963.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

DATED this 9th day September, 2024.

*/s/ Brian W. Esler*
Brian W. Esler, WSBA No. 22168
*/s/ Lane Conrad*
Lane Conrad, WSBA No. 59287
*/s/ Nicholas Hesterberg*
Nicholas Hesterberg, WSBA No. 41970
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com
lane.conrad@millernash.com
nick.hesterberg@millernash.com

*Attorneys for Plaintiff Rec Room, Inc.*

Akiva M. Cohen
Mike Dunford
Dylan M. Schmeyer
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway, 16th Floor New York, NY 10019
719-930-5942
Email: acohen@kusklaw.com
mdunford@kusklaw.com
dschmeyer@kusklaw.com

*Attorneys for Rec Room, Inc.*

*/s/ Denise L. Ashbaugh*
Denise L. Ashbaugh
*/s/ Jonah O. Harrison*
Jonah O. Harrison
*/s/ Jeremy E. Roller*
Jeremy E. Roller
ARETE LAW GROUP, PLLC
600 University Street, #2420
Seattle, WA 98101
Telephone: (206) 428.3250
Email: dashbaugh@aretelaw.com
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorney for Defendant*

PLAINTIFF REC ROOM, INC.'S COMBINED JOINT STATUS REPORT AND DISCOVERY - 9
(Case No. 2:23-cv-01586-KKE)
4866-2184-4963.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties and to the following:

Denise L. Ashbaugh, WSBA No. 28512
Jeremy E. Roller, WSBA No. 32021
Jonah O. Harrison, WSBA No. 34576
ARETE LAW GROUP PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
dashbaugh@aretelaw.com
jroller@aretelaw.com
jharrison@aretelaw.com

Attorneys for Plaintiff M.Z.

DATED this 9th day of September, 2024.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

PLAINTIFF REC ROOM, INC.'S COMBINED JOINT STATUS REPORT AND DISCOVERY - 1
(Case No. 2:23-cv-01586-KKE)
4866-2184-4963.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104