The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REC ROOM INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | No. 2:23-CV-1586-KKE <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br> **[CLERK'S ACTION REQUIRED]** |

TO:         THE CLERK OF THE COURT

AND TO:   ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that effective immediately, the law office of **ARETE LAW GROUP PLLC**, attorneys for Defendant M.Z., has re-located to the following new address. All other contact information remains unchanged.

**ARETE LAW GROUP PLLC**
600 University Street, Suite 2420
Seattle, WA 98101

DATED: September 19, 2024

**ARETE LAW GROUP PLLC**

By: */s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

```
 1
 2                              By: /s/ Jeremy E. Roller
                                Jeremy E. Roller, WSBA No. 32021
 3
                                By: /s/ Jonah O. Harrison
 4                              Jonah O. Harrison, WSBA No. 34576
                                600 University Street, Suite 2420
 5                              Seattle, WA 98101
                                Phone: (206) 428-3250
 6                              Fax:    (206) 428-3251
                                dashbaugh@aretelaw.com
 7                              jroller@aretelaw.com
                                jharrison@aretelaw.com
 8
                                Attorneys for Defendant M.Z.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

NOTICE OF CHANGE OF ADDRESS
No. 2:23-cv-1586-KKE – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**MILLER NASH LLP**

| Brian W. Esler | ☐ E-mail |
| Lane Conrad | ☐ U.S. Mail |
| 605 5th Avenue, Suite 900 | ☒ E-filing |
| Seattle, WA 98104 | |
| brian.esler@millernash.com | |
| lane.conrad@millernash.com | |

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

| Akiva M. Cohen | ☐ E-mail |
| Mike Dunford | ☐ U.S. Mail |
| Dylan M. Schmeyer | ☒ E-filing |
| 1700 Broadway, 16th Floor | |
| New York, NY 10019 | |
| acohen@kusklaw.com | |
| mdunford@kusklaw.com | |
| dschmeyer@kusklaw.com | |

*Attorneys for Plaintiff Rec Room Inc.*

Dated this 19th day of September, 2024, in Seattle, Washington.

/s/ Janet Fischer
Janet Fischer
Paralegal

NOTICE OF CHANGE OF ADDRESS
No. 2:23-cv-1586-KKE – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250