The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | No. 2:23-CV-1586-KKE <br><br> **NOTICE OF UNAVAILABILITY** |

TO:         Clerk of Court

AND TO:  Counsel of Record

PLEASE TAKE NOTICE that Denise L. Ashbaugh, counsel for Defendant M.Z., will be out of the office and unavailable from December 16, 2024 – January 2, 2025. The undersigned requests that no hearings, discovery, or other matters requiring response or attention by her be scheduled until she returns to permit adequate preparation time after her absence. Should this request be ignored or overlooked, this Notice of Unavailability also serves as notice of a request for an extension of time and/or continuance.

DATED: October 30, 2024         **ARETE LAW GROUP PLLC**

By: */s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512

NOTICE OF UNAVAILABILITY
No. 2:23-cv-1586-KKE – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
dashbaugh@aretelaw.com

*Attorneys for Defendant M.Z.*

NOTICE OF UNAVAILABILITY
No. 2:23-cv-1586-KKE – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**MILLER NASH LLP**

| | |
|---|---|
| Brian W. Esler<br>Lane Conrad<br>605 5th Avenue, Suite 900<br>Seattle, WA 98104<br>brian.esler@millernash.com<br>lane.conrad@millernash.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

| | |
|---|---|
| Akiva M. Cohen<br>Mike Dunford<br>Dylan M. Schmeyer<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>acohen@kusklaw.com<br>mdunford@kusklaw.com<br>dschmeyer@kusklaw.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

*Attorneys for Plaintiff Rec Room Inc.*

Dated this 30th day of October, 2024, in Seattle, Washington.

*/s/ Kaila Greenberg*
Kaila Greenberg
Legal Assistant

NOTICE OF UNAVAILABILITY
No. 2:23-cv-1586-KKE – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250