The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC., | No. 2:23-CV-1586-KKE |
| Plaintiff, | |
| | **STIPULATED MOTION TO EXTEND DEADLINES FOR JOINING ADDITIONAL PARTIES AND AMENDED PLEADINGS** |
| v. | |
| M.Z., | |
| Defendant. | Note on Motion Calendar: **December 23, 2024** |

Plaintiff Rec Room Inc. and Defendant M.Z. (together the "Parties") through their undersigned counsel, have agreed and hereby stipulate to an extension of the deadlines for: (1) joining additional parties and (2) filing amended pleadings by the period of three weeks, to January 27, 2025. The short extension of the two identified deadlines will allow initial discovery to be answered prior to the deadline and will promote the efficiency of judicial resources and the administration of justice. The Parties therefore stipulate and agree, and subject to approval of this Court, that the attached [Proposed] Order be entered by the Court.

/ /

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1  Dated: December 23, 2024.

2  **MILLER NASH LLP**                    **ARETE LAW GROUP PLLC**

3

4  */s/ Brian Esler*                        */s/ Denise Ashbaugh*
   Brian W. Esler, WSBA No. 22168          Denise L. Ashbaugh, WSBA No. 28512
5  Lorien Giles, WSBA No. 58995            Jeremy E. Roller, WSBA No. 32021
   605 5th Ave. S., Suite 900              Jonah O. Harrison, WSBA No. 34576
6  Seattle, WA 98104                       600 University Street, Suite 2420
   (206) 624-8300                          Seattle, WA 98101
7  *brian.esler@millernash.com*            (206) 428-3250
8  *Lorien.giles@millernash.com*           *dashbaugh@aretelaw.com*
                                           *jroller@aretelaw.com*
9  *Attorneys for Plaintiff*               *jharrison@aretelaw.com*

10                                         *Attorneys for Defendant*

11

12 **KAMERMAN, UNCYK, SONIKER**
   **& KLEIN, P.C.**
13

14 */s/ Mike Dunford*
15 Akiva M. Cohen (pro hac vice)
   Mike Dunford (pro hac vice)
16 Dylan M. Schmeyer (pro hac vice)
   1700 Broadway, 16th Floor
17 New York, NY 10019
   (719) 930-5942
18 *acohen@kusklaw.com*
19 *mdunford@kusklaw.com*
   *dschmeyer@kusklaw.com*
20
21 *Attorneys for Plaintiff*

22

23

24

25

26

STIP. MOTION TO EXTEND DEADLINES FOR JOINING
ADDITIONAL PARTIES AND AMENDED PLEADINGS
No. 2:23-cv-1586-KKE – Page 2

**ARÊTE LAW GROUP**
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250