The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | No. 2:23-CV-1586-KKE <br><br> **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR JOINING ADDITIONAL PARTIES AND AMENDED PLEADINGS** <br><br> Noted on Motion Calendar: <br> **December 23, 2024** |

THIS MATTER comes before the Court on the parties' stipulation to extend deadlines for joining additional parties and amended pleadings. Having considered the papers, the Court hereby GRANTS the Stipulated Motion to Extend Deadlines for Joining Additional Parties and Amended Pleadings. The new deadline for both events is January 27, 2025.

IT IS SO ORDERED.


Dated this ____ day of December, 2024.


_____
The Honorable Kymberly K. Evanson
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR JOINING ADDITIONAL PARTIES AND AMENDED PLEADINGS
No. 2:23-cv-1586-KKE – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

*Presented by:*

**MILLER NASH LLP**

*/s/ Brian Esler*
Brian W. Esler, WSBA No. 22168
Lorien Giles, WSBA No. 58995
605 5th Ave. S., Suite 900
Seattle, WA 98104
(206) 624-8300
brian.esler@millernash.com
Lorien.giles@millernash.com

*Attorneys for Plaintiff*

**KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.**

*/s/ Mike Dunford*
Akiva M. Cohen (pro hac vice)
Mike Dunford (pro hac vice)
Dylan M. Schmeyer (pro hac vice)
1700 Broadway, 16th Floor
New York, NY 10019
(719) 930-5942
acohen@kusklaw.com
mdunford@kusklaw.com
dschmeyer@kusklaw.com

*Attorneys for Plaintiff*

**ARETE LAW GROUP, PLLC**

*/s/ Denise Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512
Jeremy E. Roller, WSBA No.32021
Jonah O. Harrison, WSBA No. 34576
600 University Street, Suite 2420
Seattle, WA 98101
(206) 428-3252
dashbaugh@aretelaw.com
jroller@aretelaw.com
jharrison@aretelaw.com

*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR JOINING ADDITIONAL PARTIES AND AMENDED PLEADINGS
No. 2:23-cv-1586-KKE – Page 2



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250