The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REC ROOM INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | No. 2:23-CV-1586-KKE <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR JOINING ADDITIONAL PARTIES AND AMENDED PLEADINGS** |

THIS MATTER comes before the Court on the parties' stipulation to extend deadlines for joining additional parties and amended pleadings. Dkt. No. 40. Having considered the papers, the Court hereby GRANTS the Stipulated Motion to Extend Deadlines for Joining Additional Parties and Amended Pleadings. *Id.* The new deadline for both events is January 27, 2025.

IT IS SO ORDERED.

Dated this 26th day of December, 2024.

_____
Kymberly K. Evanson
United States District Judge