The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | No. 2:23-CV-1586-KKE <br><br> **NOTICE OF UNAVAILABILITY** |

TO:	Clerk of Court

AND TO:	Counsel of Record

PLEASE TAKE NOTICE that Jonah O. Harrison, counsel for Defendant M.Z., will be out of the office and unavailable from February 14, 2025 – February 23, 2025. The undersigned requests that no hearings, discovery, or other matters requiring response or attention by him be scheduled until he returns to permit adequate preparation time after his absence. Should this request be ignored or overlooked, this Notice of Unavailability also serves as notice of a request for an extension of time and/or continuance.

DATED: January 15, 2025.

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:     (206) 428-3251
jharrison@aretelaw.com

*Attorneys for Defendant M.Z.*

NOTICE OF UNAVAILABILITY
No. 2:23-cv-1586-KKE – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**MILLER NASH LLP**

| | |
|---|---|
| Brian W. Esler | ☐ E-mail |
| Lorien Giles | ☐ U.S. Mail |
| Nicholas Hesterberg | ☒ E-filing |
| Lane Conrad | |
| 605 5th Avenue, Suite 900 | |
| Seattle, WA 98104 | |
| brian.esler@millernash.com | |
| lorien.giles@millernash.com | |
| nick.hesterberg@millernash.com | |
| lane.conrad@millernash.com | |

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

| | |
|---|---|
| Akiva M. Cohen (*pro hac vice*) | ☐ E-mail |
| Mike Dunford (*pro hac vice*) | ☐ U.S. Mail |
| Dylan M. Schmeyer (*pro hac vice*) | ☒ E-filing |
| 1700 Broadway, 16th Floor | |
| New York, NY 10019 | |
| acohen@kusklaw.com | |
| mdunford@kusklaw.com | |
| dschmeyer@kusklaw.com | |

*Attorneys for Plaintiff Rec Room Inc.*

Dated this 15th day of January, 2025, in Seattle, Washington.

/s/ *Kaila Greenberg*
Kaila Greenberg
Legal Assistant

NOTICE OF UNAVAILABILITY
No. 2:23-cv-1586-KKE – Page 3



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250