Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | No. 2:23-cv-01586 <br><br> **UNOPPOSED JOINT MOTION TO STAY PROCEEDINGS** <br><br> NOTE ON MOTION CALENDAR: April 9, 2025 |

Plaintiff Rec Room, Inc. ("Plaintiff") and Defendant M.Z. ("Defendant"), collectively "The Parties," hereby respectfully and jointly request that the Court enter an Order staying all proceedings in this litigation for two months to permit parties to focus on settlement negotiations. In support of this joint motion, the parties state as follows:

**UNOPPOSED JOINT MOTION TO STAY PROCEEDINGS** – 1
(Case No. 2:23-cv-01586-KKE)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1. Parties have been conducting discovery pursuant to the Court's September 10, 2024 Scheduling Order.

2. The Parties have been in contact with regards to a possible settlement of this action.

3. On March 27, counsel for Plaintiff and Defendant conferred to discuss the possibility of a settlement.

4. The Parties agree to continue negotiating in good faith toward a resolution of this action.

5. The Parties agree that it will promote judicial economy and limit costs if further litigation of this matter is stayed pending continuing settlement discussions between the Parties.

6. The Parties further agree that neither party will be prejudiced if this action is stayed for two months.

Therefore, the Parties respectfully request a stay of all further proceedings and deadlines until May 26, 2025, including the deadlines for discovery motions and the completion of discovery. The Parties jointly request deadline for the close of discovery be moved accordingly to July 25, 2025. The Parties stipulate that none of the Parties shall construe any Order issued in response to the Parties' Joint Motion to Stay Proceedings as addressing the materiality of any issue, or urgency or necessity of any claim in the Complaint. The Parties also stipulate to file a joint status update with the Court on May 15, 2025.

Counsel for Defendant review and approved the text of this Motion on April 8, 2025.

\ \ \

\ \ \

\ \ \

UNOPPOSED JOINT MOTION TO
TO STAY PROCEEDINGS – 2
(Case No. 2:23-cv-01586-KKE)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

Dated: April 9, 2025

/s/ *Brian Esler*
Brian W. Esler, WSBA No. 22168
Lane Conrad, WSBA No. 59287
Nicholas Hesterberg, WSBA No. 41970
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com
　　　　lane.conrad@millernash.com
　　　　nick.hesterberg@millernash.com

and

/s/ *Dylan M. Schmeyer*
Akiva M. Cohen (admitted pro hac vice)
Mike Dunford (admitted pro hac vice)
Dylan M. Schmeyer (admitted pro hac vice)
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway, 16th Floor
New York, NY 10019
719-930-5942
Email: acohen@kusklaw.com
　　　　mdunford@kusklaw.com
　　　　dschmeyer@kusklaw.com

　　　*Attorneys for Plaintiff Rec Room, Inc.*

**UNOPPOSED JOINT MOTION TO
TO STAY PROCEEDINGS** – 3
(Case No. 2:23-cv-01586-KKE)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

## **ORDER**

IT IS SO ORDERED. All further proceedings and deadlines are stayed until May 26, 2025, including the deadlines for discovery motions and the completion of discovery. The close of discovery shall be moved accordingly to July 25, 2025. The Parties shall file a joint status update with the Court on May 15, 2025.

ORDERED this _____ day of _____, 2025.

_____
Kymberly K. Evanson
United States District Judge

**UNOPPOSED JOINT MOTION TO TO STAY PROCEEDINGS** – 4
(Case No. 2:23-cv-01586-KKE)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599