Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REC ROOM, INC.,

    Plaintiff,

v.

M.Z,

    Defendants.

Case No. 2:23-cv-01586-KKE

JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE STAY

NOTE ON MOTION CALENDAR:
May 15, 2025

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

The parties, through their undersigned counsel, hereby provide this Joint Status Report pursuant to the Court's order of April 10, 2025 [Dkt. No. 44]. The parties have come to general terms on a settlement agreement in principle. The parties have begun work on drafting the specific language of that agreement.

We respectfully request that the Court continue the current stay for another two months to allow the parties to finalize the written agreement and execute. We also request that the Court accordingly reset the deadline for the close of discovery to September 25, 2025. If for any

JOINT STATUS REPORT AND JOINT MOTION TO
CONTINUE STAY - 1
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

reason the parties have not finalized and executed a settlement agreement within the next two months, the parties will provide the Court a joint status report on July 15, 2025

*I certify that this memorandum contains 135 words, in compliance with the Local Civil Rules.*

DATED this 15th day May, 2025.

| | |
|---|---|
| */s/ Brian W. Esler* | */s/ Denise L. Ashbaugh* |
| Brian W. Esler, WSBA No. 22168 | Denise L. Ashbaugh |
| */s/ Lane Conrad* | */s/ Jonah O. Harrison* |
| Lane Conrad, WSBA No. 59287 | Jonah O. Harrison |
| */s/ Nicholas Hesterberg* | */s/ Jeremy E. Roller* |
| Nicholas Hesterberg, WSBA No. 41970 | Jeremy E. Roller |
| MILLER NASH LLP | ARETE LAW GROUP, PLLC |
| 605 5th Ave S, Ste 900 | 600 University Street, #2420 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Tel:  (206) 624-8300 | Telephone: (206) 428.3250 |
| Email:  brian.esler@millernash.com | Email: dashbaugh@aretelaw.com |
|        lane.conrad@millernash.com |        jharrison@aretelaw.com |
|        nick.hesterberg@millernash.com |        jroller@aretelaw.com |
| *Attorneys for Plaintiff Rec Room, Inc.* | *Attorney for Defendant M.Z.* |

Akiva M. Cohen
Mike Dunford
Dylan M. Schmeyer
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway, 16th Floor New York, NY 10019
719-930-5942
Email: acohen@kusklaw.com
       mdunford@kusklaw.com
       dschmeyer@kusklaw.com

*Attorneys for Plaintiff Rec Room, Inc.*

JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE STAY - 2
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties and to the following:

Denise L. Ashbaugh, WSBA No. 28512
Jeremy E. Roller, WSBA No. 32021
Jonah O. Harrison, WSBA No. 34576
ARETE LAW GROUP PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
dashbaugh@aretelaw.com
jroller@aretelaw.com
jharrison@aretelaw.com

Attorneys for Plaintiff M.Z.

DATED this 15th day of May, 2024.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

4936-9191-2771.1

JOINT STATUS REPORT AND JOINT MOTION TO
CONTINUE STAY - 1
(Case No. 2:23-cv-01586-KKE)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104