UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC, | CASE NO. C23-1586-KKE |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE STAY |
| v. | |
| M.Z., | |
| Defendant. | |

This matter comes before the Court on the parties' second joint motion to stay the case. Dkt. No. 46. The stipulated motion to stay is GRANTED. *Id.* At request of the parties, the deadline for the close of discovery is set for September 25, 2025. The parties shall file a joint status report by July 15, 2025 setting forth the case status and recommendations on future deadlines, if any. IT IS SO ORDERED.

Dated this 15th day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE STAY - 1