UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z, <br><br> Defendants. | Case No. 2:23-cv-01586-KKE <br><br> JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE STAY <br><br> NOTE ON MOTION CALENDAR: <br> July 14, 2025 |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

The parties, through their undersigned counsel, hereby provide this Joint Status Report pursuant to the Court's order of May 15, 2025 [Dkt. No. 47]. The parties have drafted and come to an agreement of much of the settlement language and are nearing execution. The parties are working through final redlines of certain provisions but are optimistic that a potential final settlement is close.

We respectfully request that the Court continue the current stay for another two months to allow the parties to finalize settlement language and execute. We also request that the Court accordingly reset the deadline for the close of discovery to November 25, 2025. If for any

JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE STAY - 1
(Case No. 2:23-cv-01586-KKE)
4888-0831-9971.2

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104


reason the parties have not finalized and executed a settlement agreement within the next two months, the parties will provide the Court a joint status report on September 25, 2025.

DATED this 14th day July, 2025.

| | |
|---|---|
| */s/Brian W. Esler* | */s/Denise L. Ashbaugh* |
| Brian W. Esler, WSBA No. 22168 | Denise L. Ashbaugh |
| */s/Lane Conrad* | */s/Jonah O. Harrison* |
| Lane Conrad, WSBA No. 59287 | Jonah O. Harrison |
| */s/Nicholas Hesterberg* | */s/ Jeremy E. Roller* |
| Nicholas Hesterberg, WSBA No. 41970 | Jeremy E. Roller |
| MILLER NASH LLP | ARETE LAW GROUP, PLLC |
| 605 5th Ave S, Ste 900 | 600 University Street, #2420 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Tel:  (206) 624-8300 | Telephone: (206) 428.3250 |
| Email: brian.esler@millernash.com | Email: dashbaugh@aretelaw.com |
|         lane.conrad@millernash.com |         jharrison@aretelaw.com |
|         nick.hesterberg@millernash.com |         jroller@aretelaw.com |
| *Attorneys for Plaintiff Rec Room, Inc.* | *Attorney for Defendant M.Z.* |

Akiva M. Cohen
Dylan M. Schmeyer
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway, 16th Floor New York, NY 10019
719-930-5942
Email: acohen@kusklaw.com
        dschmeyer@kusklaw.com

*Attorneys for Plaintiff Rec Room, Inc.*

JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE STAY - 2
(Case No. 2:23-cv-01586-KKE)
4888-0831-9971.2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties and to the following:

Denise L. Ashbaugh, WSBA No. 28512
Jeremy E. Roller, WSBA No. 32021
Jonah O. Harrison, WSBA No. 34576
ARETE LAW GROUP PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
dashbaugh@aretelaw.com
jroller@aretelaw.com
jharrison@aretelaw.com

Attorneys for Plaintiff M.Z.

DATED this 14th day of July, 2024.

                                           */s/Catherine Berry*
                                           Catherine Berry, Legal Assistant

JOINT STATUS REPORT AND JOINT MOTION TO
CONTINUE STAY - 1
(Case No. 2:23-cv-01586-KKE)
4888-0831-9971.2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104