Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.Z., <br><br> Defendant. | No. 2:23-cv-01586 <br><br> **[PROPOSED] ORDER ON JOINT MOTION TO STAY PROCEEDINGS** <br><br> NOTE ON MOTION CALENDAR: <br> July 14, 2025 |

    The parties' Motion to Continue Stay [Dkt. No. 48] is GRANTED and the existing stay is extended for another two months. At the request of the parties, the deadline for the close of discovery is reset to November 25, 2025. The Parties shall file a joint status update with the Court on September 25, 2025 if they have not finalized and executed a settlement agreement by then.

**ORDER ON JOINT MOTION
TO STAY PROCEEDINGS** – 1
(Case No. 2:23-cv-01586-KKE)

4937-4480-2389.1

1 | ORDERED this _____ day of _____, 2025.

_____
Kymberly K. Evanson
United States District Judge

**ORDER ON JOINT MOTION TO
TO STAY PROCEEDINGS** – 2
(Case No. 2:23-cv-01586-KKE)

4937-4480-2389.1