Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REC ROOM, INC.,

        Plaintiff,

  v.

M.Z.,

        Defendants.

Case No. 2:23-cv-01586-KKE

STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND INJUNCTION

**NOTE ON MOTION CALENDAR: SEPTEMBER 25, 2025**

### STIPULATION AND MOTION FOR ENTRY OF JUDGMENT

Defendant M.Z. and Plaintiff Rec Room, Inc., through their undersigned counsel, hereby stipulate as follows and jointly move that the Court enter an order and the Consent Judgment attached as Attachment A to the Order with and enforcing these stipulations as follows:

1. M.Z. is an individual residing in Canada.

2. M.Z was repeatedly banned from *Rec Room* and repeatedly evaded those bans by creating new accounts.

3. M.Z. hacked, cheated, and violated the Rec Room Terms of Service ("the TOS").

STIPULATED MOTION FOR ENTRY OF CONSENT
JUDGMENT AND INJUNCTION - 1
(Case No. 2:23-cv-01586-KKE)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4.  M.Z. downloaded, used, marketed, and facilitated others in the use, creation and use of hack and cheat software.

5.  Judgment should be entered against M.Z. in the amount of $50,000.

6.  Any claims alleged in the Complaint and not addressed herein are withdrawn by Rec Room, Inc.

In addition, pursuant to 17 U.S.C. §§ 502, 504, and 505 and this Court's inherent equitable powers, the Court should order as follows:

M.Z. must immediately cease and desist from any of the following:

a.  Creating or logging into any Rec Room, Inc. account or otherwise playing Rec Room, Inc. games;

b.  Engaging in any commercial conduct relating to Rec Room, Inc. or any part thereof, including but not limited to the sale of cheats and/or hacks, the sale of any Rec Room, Inc. content, the sale of any Rec Room, Inc. accounts, or any other asset in any way related to Rec Room, Inc.;

c.  Personally threatening or harassing Rec Room, Inc. or its employees, or any member of the Rec Room, Inc. community, or encouraging any other party to do so;

d.  Visiting, posting messages of any kind on, or otherwise interacting with any of Rec Room Inc.'s social media sites or accounts, including but not limited to its Discord server, or its accounts on Facebook, Instagram, X (formerly Twitter), YouTube, TikTok, or any other site or platform;

e.  Streaming or posting video of any gameplay of Rec Room, Inc.;

f.  Downloading and/or utilizing any cheat software for any Rec Room, Inc. game; or

STIPULATED MOTION FOR ENTRY OF CONSENT
JUDGMENT AND INJUNCTION - 2
(Case No. 2:23-cv-01586-KKE)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

g. Ever downloading, playing, or possessing Rec Room, Inc. or any Rec Room, Inc. hacks.

7. M.Z. is further prohibited from engaging in any other violation any other federal or state law, with respect to Rec Room, Inc. and its intellectual property.

8. M.Z. must destroy any source code or documents related to any hacks or cheats that relate to Rec Room, Inc.

9. This injunction will constitute a binding court order, and any violations of this order by M.Z. will subject him to the full scope of this Court's contempt authority.

10. Rec Room, Inc. is not required to post any bond or security in connection with the Final Judgment and Injunction, and M.Z. has permanently, irrevocably, and fully waived any right to request a bond or security.

11. The Parties irrevocably and fully waive all rights to appeal this Judgment and Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

12. Nothing contained in this Judgment and Injunction limits the right of Rec Room, Inc. to seek relief, including without limitation damages, for any infringements of any Intellectual Property rights occurring after the date of this Judgment and Injunction not otherwise released.

13. The Court will administratively close the case but retain jurisdiction of this action to entertain further proceedings and to enter further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment and Injunction. The Parties consent to the personal jurisdiction of the United States District Court for the Western District of Washington for purposes of enforcing the Judgment and Injunction.

STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND INJUNCTION - 3
(Case No. 2:23-cv-01586-KKE)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

14. The parties agree that there is no just reason for delay in entering this Judgment and Permanent Injunction and, pursuant to Federal Rule of Civil Procedure 54, request immediate entry of this Judgment and Permanent Injunction against Defendants.

SO STIPULATED AND MOVED, THROUGH COUNSEL OF RECORD

DATED this 25th day of September, 2025.

| | |
|---|---|
| */s/ Brian W. Esler* | */s/ Denise L. Ashbaugh* |
| Brian W. Esler, WSBA No. 22168 | Denise L. Ashbaugh |
| */s/ Lane Conrad* | */s/ Jonah O. Harrison* |
| Lane Conrad, WSBA No. 59287 | Jonah O. Harrison |
| */s/ Nicholas Hesterberg* | */s/ Jeremy E. Roller* |
| Nicholas Hesterberg, WSBA No. 41970 | Jeremy E. Roller |
| MILLER NASH LLP | ARETE LAW GROUP, PLLC |
| 605 5th Ave S, Ste 900 | 600 University Street, #2420 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Tel: (206) 624-8300 | Telephone: (206) 428.3250 |
| Email: brian.esler@millernash.com | Email: dashbaugh@aretelaw.com |
|     lane.conrad@millernash.com |     jharrison@aretelaw.com |
|     nick.hesterberg@millernash.com |     jroller@aretelaw.com |
| *Attorneys for Plaintiff Rec Room, Inc.* | *Attorney for Defendant M.Z.* |

Akiva M. Cohen
Dylan M. Schmeyer
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway, 16th Floor New York, NY 10019
719-930-5942
Email: acohen@kusklaw.com
    dschmeyer@kusklaw.com

*Attorneys for Plaintiff Rec Room, Inc.*

STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND INJUNCTION - 4
(Case No. 2:23-cv-01586-KKE)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk is directed to enter judgment against Defendant M.Z. and in favor of plaintiff Rec Room, Inc. in conformity with the stipulations above.

SO ORDERED this ___ day of September, 2025.

_____
HONORABLE KYMBERLY K. EVANSON

4934-7862-9484.1

STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND INJUNCTION - 5
(Case No. 2:23-cv-01586-KKE)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties and to the following:

Denise L. Ashbaugh, WSBA No. 28512
Jeremy E. Roller, WSBA No. 32021
Jonah O. Harrison, WSBA No. 34576
ARETE LAW GROUP PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
dashbaugh@aretelaw.com
jroller@aretelaw.com
jharrison@aretelaw.com

Attorneys for Plaintiff M.Z.

DATED this 25th day of September, 2025.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

4918-1657-3292.1

STIPULATED MOTION FOR ENTRY OF CONSENT
JUDGMENT AND INJUNCTION - 1
(Case No. 2:23-cv-01586-KKE)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

# Attachment A

Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>M.Z.,<br><br>    Defendant. | No. 2:23-cv-01586<br><br>STIPULATED JUDGMENT AND INJUNCTION |

Based upon the Parties' Stipulation dated September \_\_\_\_\_, 2025, the Court finds, and orders that judgment for a period of three (3) years is entered against Defendant M.Z. ("M.Z") as follows:

1. M.Z. is an individual residing in Canada.

2. M.Z was repeatedly banned from *Rec Room* and repeatedly evaded those bans by creating new accounts.

3. M.Z. hacked, cheated, and violated the Rec Room Terms of Service ("the TOS").

4. M.Z. downloaded, used, marketed, and facilitating others in the use, creation and use of hack and cheat software.

5. Judgment is hereby entered against M.Z.in the amount of $50,000.

7. Any claims alleged in the Complaint and not addressed herein are withdrawn by Rec Room, Inc.

STIPULATED JUDGMENT AND PERMANENT INJUNCTION
2:23-cv-01586 – 1

In addition, pursuant to 17 U.S.C. §§ 502, 504, and 505 and this Court's inherent equitable powers, the Court orders as follows:

M.Z. must immediately cease and desist from any of the following:

    a.    Creating or logging into any Rec Room, Inc. account or otherwise playing Rec Room, Inc. games;

    b.    Engaging in any commercial conduct relating to Rec Room, Inc. or any part thereof, including but not limited to the sale of cheats and/or hacks, the sale of any Rec Room, Inc. content, the sale of any Rec Room, Inc. accounts, or any other asset in any way related to Rec Room, Inc.;

    c.    Personally threatening or harassing Rec Room, Inc. or its employees, or any member of the Rec Room, Inc. community, or encouraging any other party to do so;

    d.    Visiting, posting messages of any kind on, or otherwise interacting with any of Rec Room Inc.'s social media sites or accounts, including but not limited to its Discord server, or its accounts on Facebook, Instagram, X (formerly Twitter), YouTube, TikTok, or any other site or platform;

    e.    Streaming or posting video of any gameplay of Rec Room, Inc.;

    f.    Downloading and/or utilizing any cheat software for any Rec Room, Inc. game; or

    g.    Ever downloading, playing, or possessing Rec Room, Inc. or any Rec Room, Inc. hacks.

8.    M.Z. is further prohibited from engaging in any other violation any other federal or state law, with respect to Rec Room, Inc. and its intellectual property.

9.    M.Z. must destroy any source code or documents related to any hacks or cheats that relate to Rec Room, Inc.

10.    This injunction constitutes a binding court order, and any violations of this order by M.Z. will subject him to the full scope of this Court's contempt authority.

11. Rec Room, Inc. is not required to post any bond or security in connection with the Final Judgment and Injunction, and M.Z. has permanently, irrevocably, and fully waived any right to request a bond or security.

12. The Parties irrevocably and fully waive all rights to appeal this Judgment and Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

13. Nothing contained in this Judgment and Injunction limits the right of Rec Room, Inc. to seek relief, including without limitation damages, for any infringements of any Intellectual Property rights occurring after the date of this Judgment and Injunction not otherwise released.

14. The Court will administratively close the case but retain jurisdiction of this action to entertain further proceedings and to enter further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment and Injunction. The Parties consent to the personal jurisdiction of the United States District Court for the Western District of Washington for purposes of enforcing the Judgment and Injunction.

15. The Court finds there is no just reason for delay in entering this Judgment and Injunction and, pursuant to Federal Rule of Civil Procedure 54, the Court directs immediate entry of this Judgment and Injunction against M.Z.

ORDER PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk is directed to enter judgment against M.Z. and in favor of Rec Room, Inc. in conformity with the stipulations above.

_____
The Honorable Kimberly K. Evanson
U.S. District Court Judge, Western
District of Washington