The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REC ROOM INC.,

Plaintiff,

v.

M.Z.,

Defendant.

No. 2:23-CV-1586-KKE

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOTE ON MOTION CALENDAR: November 7, 2025

## I. INTRODUCTION

By this motion, pursuant to LCR 83.2(b), Arete Law Group PLLC seeks leave to withdraw as counsel of record for M.Z.

## II. ARGUMENT AND AUTHORITY

Pursuant to LCR 83.2, no attorney shall withdrawal except by leave of court. LCR 83.2(b)(1). "The attorney will ordinarily be permitted to withdraw until sixty days before the discovery cutoff date in a civil case." *Id.* On October 6, 2025, the Court entered a Consent Judgment and Injunction. Sub. No. 51. Pursuant to the Court's order, for a period of three (3) years, a judgment was obtained, and injunctive relief was granted. *Id.* Further, any other claims in the Complaint that were not addressed in the order were withdrawn by Plaintiff, Rec Room, Inc. *Id.* The Court also administratively closed the case but retained jurisdiction



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

over the action if any further proceedings and/or orders are necessary to implement and enforce the order. *Id.* With the Court administratively closing the case, no deadlines remain on the Court's calendar.

LCR 83.2(b)(1) requires that "[i]f a withdrawal will leave a party unrepresented, the motion to withdraw must include the party's address and telephone number." Given privacy concerns and the fact that Defendant, M.Z., was a minor at the time this matter was initiated, counsel had reached out to Plaintiff Rec Room, Inc. regarding M.Z.'s address and telephone number and will provide the Court with that information under seal upon its request for their records.

## III. CERTIFICATION

The undersigned counsel certifies that pursuant LCR 83.2(b)(1) the undersigned counsel certifies that contemporaneously with its filing of this motion, it will be served via email and regular mail to M.Z. and to counsel to Plaintiff Rec Room, Inc. The undersigned counsel further certifies that a draft of this motion was shared via email with M.Z. prior to its filing.

## IV. CONCLUSION

For the foregoing reasons, Arete Law Group PLLC's motion to withdraw should be granted. A proposed order is submitted herewith.

DATED: October 17, 2025

**ARETE LAW GROUP PLLC**

By: */s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250





Fax: (206) 428-3251
dashbaugh@aretelaw.com
jroller@aretelaw.com
jharrison@aretelaw.com

*Attorneys for Defendant M.Z.*



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**MILLER NASH LLP**

| | | |
|---|---|---|
| Brian W. Esler<br>Lorien Giles<br>605 5th Avenue South, Suite 900<br>Seattle, Washington 98104<br>Brian.esler@millernash.com<br>Lorien.giles@millernash.com | ☒<br>☐ | E-mail<br>E-filing |

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

| | | |
|---|---|---|
| Akiva M. Cohen<br>Mike Dunford<br>Dylan M. Schmeyer<br>1700 Broadway, 16th Floor<br>New York, New York 10019<br>acohen@kusklaw.com<br>mdunford@kusklaw.com<br>dschmeyer@kusklaw.com | ☒<br>☐ | E-mail<br>E-filing |

*Attorneys for Plaintiff Rec Room, Inc.*

| | | |
|---|---|---|
| Defendant M.Z. | ☒<br>☒ | E-mail<br>Regular Mail |

Dated this 17th day of October, 2025 in Seattle, Washington.

*/s/ Janet Fischer*
Janet Fischer
Paralegal






600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250