The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REC ROOM INC.,

        Plaintiff,

   v.

M.Z.,

        Defendant.

No. 2:23-CV-1586-KKE

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    THIS MATTER comes before the Court on the Motion to Withdraw as Counsel of Record by M.Z.'s appointed counsel, Arete Law Group, PLLC. Having considered the motion, the Court hereby GRANTS Arete Law Group PLLC leave to withdraw from this matter effective on the date of this Order.

    SO ORDERED this ____ day of November, 2025

                                                                                            The Honorable Kymberly K. Evanson

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512
Jeremy E. Roller, WSBA No. 32021
Jonah O. Harrison, WSBA No. 34576

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD
No. 2:23-cv-1586-KKE – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

| | |
|---|---|
| 1 | 600 University Street, Suite 2420 |
| 2 | Seattle, WA 98101 |
| | Phone: (206) 428-3250 |
| 3 | Fax:      (206) 428-3251 |
| | dashbaugh@aretelaw.com |
| 4 | |
| 5 | *Attorneys for Defendant M.Z* |

ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL OF RECORD
No. 2:23-cv-1586-KKE – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250