UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC ROOM INC,<br>　　　　　Plaintiff(s),<br>　　v.<br>M.Z.,<br>　　　　　Defendant(s). | CASE NO. C23-1586-KKE<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD |

This matter comes before the Court on the Motion to Withdraw as Counsel of Record by M.Z.'s appointed counsel, Arete Law Group, PLLC ("Arete"). This District's local rules require attorneys seeking to withdraw from a civil case to inform the Court of their client's address and telephone number if the withdrawal will leave the client unrepresented. Local Rules W.D. Wash. 83.2(b)(1). To protect M.Z.'s privacy, the Court ORDERS Arete to file M.Z.'s address and telephone number under seal and hereby GRANTS Arete leave to withdraw from this matter. Arete's withdrawal will become effective automatically upon completing such filing.

Dated this 7th day of November, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD - 1