# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| REC ROOM INC,<br><br>      Plaintiff(s),<br> v.<br><br>M.Z.,<br><br>      Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C23-1586-KKE |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  THE COURT HAS ORDERED THAT judgment for a period of three (3) years is entered against M.Z., as follows:

  1. M.Z. is an individual residing in Canada.

  2. M.Z was repeatedly banned from *Rec Room* and repeatedly evaded those bans by creating new accounts.

  3. M.Z. hacked, cheated, and violated the Rec Room Terms of Service ("the TOS").

  4. M.Z. downloaded, used, marketed, and facilitated others in the use, creation and use of hack and cheat software.

  5. Judgment should be entered against M.Z.in the amount of $50,000.

  6. Any claims alleged in the Complaint and not addressed herein are withdrawn by Rec Room, Inc.

In addition, pursuant to 17 U.S.C. §§ 502, 504, and 505 and this Court's inherent equitable powers, the Court orders as follows:

M.Z. must immediately cease and desist from any of the following:

    a.    Creating or logging into any Rec Room, Inc. account or otherwise playing Rec Room, Inc. games;

    b.    Engaging in any commercial conduct relating to Rec Room, Inc. or any part thereof, including but not limited to the sale of cheats and/or hacks, the sale of any Rec Room, Inc. content, the sale of any Rec Room, Inc. accounts, or any other asset in any way related to Rec Room, Inc.;

    c.    Personally threatening or harassing Rec Room, Inc. or its employees, or any member of the Rec Room, Inc. community, or encouraging any other party to do so;

    d.    Visiting, posting messages of any kind on, or otherwise interacting with any of Rec Room Inc.'s social media sites or accounts, including but not limited to its Discord server, or its accounts on Facebook, Instagram, X (formerly Twitter), YouTube, TikTok, or any other site or platform;

    e.    Streaming or posting video of any gameplay of Rec Room, Inc.;

    f.    Downloading and/or utilizing any cheat software for any Rec Room, Inc. game; or

    g.    Ever downloading, playing, or possessing Rec Room, Inc. or any Rec Room, Inc. hacks.

7.    M.Z. is further prohibited from engaging in any other violation of any other federal or state law, with respect to Rec Room, Inc. and its intellectual property.

8.    M.Z. must destroy any source code or documents related to any hacks or cheats that relate to Rec Room, Inc.

9. This injunction will constitute a binding court order, and any violations of this order by M.Z. will subject him to the full scope of this Court's contempt authority.

10. Rec Room, Inc. is not required to post any bond or security in connection with this Final Judgment and Injunction, and M.Z. has permanently, irrevocably, and fully waived any right to request a bond or security.

11. The Parties irrevocably and fully waive all rights to appeal this Judgment and Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

12. Nothing contained in this Judgment and Injunction limits the right of Rec Room, Inc. to seek relief, including without limitation damages, for any infringements of any Intellectual Property rights occurring after the date of this Judgment and Injunction not otherwise released.

13. The Court will administratively close the case but retain jurisdiction of this action to entertain further proceedings and to enter further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment and Injunction. The Parties consent to the personal jurisdiction of the United States District Court for the Western District of Washington for purposes of enforcing the Judgment and Injunction.

14. The Court finds there is no just reason for delay in entering this Judgment and Injunction and, pursuant to Federal Rule of Civil Procedure 54, directs immediate entry of this Judgment and Injunction against M.Z.

Dated December 5, 2025.

                                        <u>Ravi Subramanian</u>
                                        Clerk of Court

                                        <u>*/s/ [Deputy Clerk]*</u>
                                        Deputy Clerk